# EXHIBIT 1

STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
REQUEST FOR MEDIATION/HEARING

➢ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.
➢ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION    ___ I REQUEST MEDIATION AND A HEARING   _X_ I REQUEST A HEARING

**STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED**

Student Name: ___Phillip Liverpool_____     DOB: __11/29/91_____

Address: ____734 Marietta Place, N.W., Washington, D.C. 20011____

Barbara Jordan Public Charter School                         _____McFarland Middle School_____
Present School of Attendance:                                     Home School:
                                                                 (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:**  _____DCPS / Barbara Jordan PCS_____
                                       DCPS and/or D.C. Public Charter School-specify charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name: ___Phillip Brown_____
Address: _____734 Marietta Place N.W., Washington  D.C. 20011_____
Phone: (H) (202) _882-9358_ (202) _210-4259_____(W) _____ (Fax) _____

Relationship to Student: _X_ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name: _Roberta L. Gambale, Esq._ Phone: (W) ___202-742-2000____ (Fax) 202-742-2098____

Address: ____1220 L Street, NW, Suite 700, Washington, DC 20005

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you

Form 101                                                                                              02/01/2003

represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: _September 21, 2004_  _September 22, 2004_  _September 23, 2004_

Mediation: _____ _____ _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    __ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

    Special Communications _____
    Special Accommodation for Disability _____
    Other _____

Form 101                                                                                            02/01/2003

**3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:**

(You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

INAPPROPRIATE CHANGE OF PLACEMENT EFFECTED BY FAILURE TO ALLOW STUDENT TO REGISTER AND/OR DENIAL OF FAPE.

Barbara Jordan Public Charter School ("BJPCS") failed to allow Phillip Liverpool, DOB: 11/28/91, to enroll for the 2004/2005 school year thereby unilaterally forcing a change of placement and denying Phillip access to his education. The student's most recent Individualized Educational Program ("IEP") was drafted in September 2003 and placed Phillip at BJPCS. Parent confirmed that Phillip would be attending BJPCS during the 2004 summer and was never informed of the intent of BJPCS to deny enrollment. On or about August 30, 2004, the first day of school for the 2004/2005 school year, parent, Mr. Phillip Brown, took Phillip Liverpool to BJPCS with the intention of enrolling the student and was denied enrollment despite the fact that Phillip had attended BJPCS during the 2003/2004 school year and that was his most recent placement pursuant to his IEP. As a result of BJPCS's actions, Phillip was excluded from classes and derived of his educational placement and denied of a Free and Appropriate Public Education ("FAPE") BJPCS never informed parent, attorney for the parent, and/or District of Columbia Public Schools ("DCPS"), the SEA, of their intent to exclude Phillip from placement at BJPCS to enable an alternate placement to be identified prior to the commencement of the school year. BJPCS never convened an MDT meeting to discuss placement.

At almost the same time that BJPCS officials were denying access to Phillip, counsel for BJPCS was participating in a hearing brought on behalf of Phillip to address the failure to comprehensively evaluate the student and entered a settlement agreement on the record with attorney for the parent and counsel for DCPS wherein BJPCS was agreeing to convene an MDT meeting upon receipt of independent evaluations to be funded by DCPS. At no time during the course of the hearing did counsel for BJPCS inform Parent's counsel, DCPS's counsel, and/or the Hearing Officer of BJPCS's intent to deny Phillip enrollment for the upcoming school year.

At the time that Phillip was denied enrollment, the registrar, eluded to an incident occurring prior to the conclusion of the prior school year as the basis for the exclusion and/or stated that it was uncertain as to whether there was room available in the Seventh grade class for Phillip Liverpool. Neither the parent, nor counsel for the parent, was informed either orally or in writing of a suspension or other disciplinary action to be taken against Phillip. Pursuant to 34 C.F.R. Section 300.519 through 300.526 there are procedures that must be complied with when disciplining students with disabilities. BJPCS's actions here constitute an inappropriate change of placement such as would be prohibited under 34 C.F.R. Section 300.519. If in fact, the exclusion was based upon a disciplinary action, none of the procedures set forth in this section have been adhered to by BJPCS, including but not limited to a manifestation determination review.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

Whether BJPCS violated the IDEA by denying the student access to his educational placement?

Whether or not Charter School failed to comply with applicable disciplinary procedures?

Whether or not the student has been denied a FAPE?

| Form 101 | 02/01/2003 |
|---|---|

**Describe relevant facts relating to the problem:**

See facts stated above.

**State how you would like to see the problem corrected**

1. BJPCS shall immediately allow Phillip to enroll, if the parent elects, at their facility;

2. The student shall be entitled to compensatory relief and BJPCS shall fund 5 hours of independent tutoring services for each day that the student was improperly excluded from his placement;

3. A final determination shall be issued pursuant to the timelines set forth in the IDEA.

_____          _____August 31, 2004_____
Signature of Applicant/Parent                                Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002          FAX:  (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                                                 Revised 02/01/2003

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | John Straus |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. Gerald∆ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: August 30, 2004

TO: DCPS Dept. of Mediation and Compliance.

PHONE: (202) 442-4800

FAX NO: (202) 442-5517

FROM: Roberta Gambale, Esq.

SUBJECT: **Due Process Hearing Request for Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:

**CHARTER SCHOOL INVOLVED !!!!!!!!!**

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                    1972
CONNECTION TEL                      94425556
SUBADDRESS
CONNECTION ID
ST. TIME                    08/31 14:46
USAGE T                     00'53
PGS. SENT                   5
RESULT                      OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | Suite 700 | Christina Busso♦◊ |
| Brenda McAllister*◊∆ | Washington, D.C. 20005 | John Straus |
| Roberta Gambale | Telephone: (202) 742-2000 | Tilman L. Gerald∆ |
| Miguel A. Hull | Facsimile: (202) 742-2098 | Roxanne D. Neloms |
| Christopher L. West♦◊ | | |

\* Admitted in Maryland Only                                        ! Admitted in Bolivia Only
♦ Admitted in New York Only                                      ∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: August 31, 2004

TO: DCPS Dept. of Mediation and Compliance.

PHONE: (202) 442-4800

FAX NO: (202) 442-5517

FROM: Roberta Gambale, Esq.

SUBJECT: **Due Process Hearing Request for Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:

**CHARTER SCHOOL INVOLVED !!!!!!!!!**