# EXHIBIT 3

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊ | Suite 700 | Tilman L. Gerald |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | Δ Member of the DC Federal Bar |

November 22, 2004

Mr. J. Heaney
Executive Director
**Barbara Jordan PCS**
100 Peabody Street, N. W., 3rd Floor
Washington, D.C. 20011

         RE: **Our client: Mr. Phillip Brown, parent and next kin of Phillip Liverpool**
            **Date of birth: November 28, 1991**
            <u>**Hearing Officer's Determination: 10/21/04**</u>

Dear Mr. Heaney:

  We are herewith enclosing the Fee Application Under the Individuals With Disabilities Education Act For Parents Who Prevailed Against A District of Columbia Public Charter School in regard to the above referenced case. This case was heard on October 1, 2004 and the Hearing Officer's Determination was rendered on October 21, 2004. In the decision rendered in this case, the Hearing Officer specifically held that the parent, the Petitioner therein, is the "prevailing party" (emphasis original). Thus, in light of the foregoing, we here kindly ask that you remit the sum of Eight Thousand Seven Hundred Seventy-six Dollars and Twenty-eight Cents ($8,776.28) payable to the order of James E. Brown & Associates, PLLC immediately upon receipt hereof. Should you have any questions concerning the Fee Application, please feel free to contact the undersigned immediately. We close by thanking you in advance for your anticipated cooperation and prompt remittance.

              Very truly yours,

              JAMES E. BROWN & ASSOCIATES, PLLC

              *Michele Torry*
              Michele Torry, Billing Manager

cc: Jon A. Hoppe, Esquire

# Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Phillip Liverpool |
| Date of Birth | 11/28/91 |
| Date of Request for Hearing | 8/31/04 |
| | Month / Day / Year |
| Parent/Guardian | Mr. Phillip Brown |
| Address | 734 Marietta Place, NW |
| | Washington, DC 20011 |
| Current School | Barbara Jordan Public Charter School |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 04-019C |
| Date of Payment Request | 11/22/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 8/31/04 to 10/25/04 |
| Current Payment Request | $8,776.28 |

**MAKE PAYMENT TO:**  *LAW OFFICE OF JAMES E. BROWN*  **FOR:** $8,776.28

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |

## PARALEGALS/LAW CLERKS/ADVOCATES

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| AJ | Altemese Johnson |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| DM | Daniel Myers |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| MM | Michelle Moody, MA |
| NP | Nadjai Plowden, MA |
| CS | Cheron Sutton-Brock, MA |
| KKC | Kevin Carter, MA |
| MB | Margo Beeken, MA |
| SM | Sharon Millis, M. Ed. |
| MJB | Michael J. Byers, MA |
| JD | Jennifer Dugger, MS Ed. |
| CM | Carolyn Monford, MA |
| GH | Garfield Mark Holman, MA |
| MAB | Marlinda Boxley, MA, JD |
| RB | C. Robin Boucher, Ph.D. |
| TJ | Tomeka Jack, M. Ed. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| DP | David Proctor |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Phil Liverpool

November 22, 2004
In Reference To:   Phil Liverpool

Invoice #14971

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2004 RG | Prepared and file due process hearing request to DCPS and discussion with Charter School attorney | | 2.00<br>350.00/hr | 700.00 |
| MM | File review and developed monthly case status report; hearing request | | 0.58<br>175.00/hr | 101.50 |
| 9/2/2004 JEB | Examined and certified hearing request filed by attorney | | 0.58<br>400.00/hr | 232.00 |
| RG | Conference with parent | | 0.33<br>350.00/hr | 115.50 |
| 9/3/2004 MM | Discussion with school 2 times | | 0.33<br>175.00/hr | 57.75 |
| MM | Discussion with school 3 times | | 0.42<br>175.00/hr | 73.50 |
| 9/6/2004 MM | Prepared for IEP meeting and discussion with parent | | 1.33<br>175.00/hr | 232.75 |
| 9/7/2004 RG | Conference with parent re: manifestation hearing | | 0.33<br>350.00/hr | 115.50 |
| YA | Discussion with advocate re: neighborhood school | | 0.25<br>105.00/hr | 26.25 |
| MM | Attended MDT/IEP @ Charter School | | 5.00<br>175.00/hr | 875.00 |

Phil Liverpool                                                                                          Page      2

|            |    |                                                                                                  | Hrs/Rate      | Amount |
|------------|----|--------------------------------------------------------------------------------------------------|---------------|--------|
| 9/7/2004   | MM | Discussion with school                                                                           | 0.33 175.00/hr | 57.75 |
|            | MM | Discussion with advocate                                                                         | 0.25 175.00/hr | 43.75 |
| 9/8/2004   | MM | Conference with parent                                                                           | 0.33 175.00/hr | 57.75 |
|            | MM | Draft report for attorney based on recent IEP meeting; inappropriate placement/IEP              | 2.00 175.00/hr | 350.00 |
| 9/15/2004  | YA | File review and developed monthly case status report to parent re: Hearing Date Notice          | 0.58 105.00/hr | 60.90 |
|            | MM | Discussion with Accotink                                                                         | 0.42 175.00/hr | 73.50 |
| 9/20/2004  | YA | Sent copy of referral to parent                                                                  | 0.17 105.00/hr | 17.85 |
|            | YA | File review and developed monthly case status report to parent re: Hearing Officer's Determination | 0.58 105.00/hr | 60.90 |
|            | YA | Reviewed Hearing Officer's Determination dated 9/9/04                                           | 0.33 105.00/hr | 34.65 |
|            | RG | Telephone call from DCPS attorney re: hearing request filed and discussion with advocate        | 0.33 350.00/hr | 115.50 |
|            | YA | Prepared and sent referral for independent OT evaluatrion to Interdynamics                      | 1.00 105.00/hr | 105.00 |
| 9/24/2004  | RG | Prepare disclosure to DCPS and Jon Hoppe, Esq.                                                  | 2.00 350.00/hr | 700.00 |
|            | YA | Assisted attorney to prepare disclosure to DCPS and Jon Hoppe, Esq.                             | 2.00 105.00/hr | 210.00 |
| 9/29/2004  | MM | File review and developed monthly case status report                                            | 0.58 175.00/hr | 101.50 |
| 10/1/2004  | MM | Appearance to 825 North Capital for due process hearing                                         | 3.00 175.00/hr | 525.00 |
|            | MM | Prepared for Due Process Hearing                                                                 | 1.50 175.00/hr | 262.50 |
|            | RG | Pre-hearing conference with parent                                                               | 0.50 350.00/hr | 175.00 |

Phil Liverpool                                                                                         Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2004 | RG | Appearance to 825 North Capital for due process hearing | 3.00<br>350.00/hr | 1,050.00 |
|  | RG | Prepared for Due Process Hearing | 1.50<br>350.00/hr | 525.00 |
| 10/4/2004 | YA | Discussion with Interdynamics staff re: evaluation scheduled | 0.33<br>105.00/hr | 34.65 |
| 10/5/2004 | MM | Prepared and sent placement packages to center for life enrichment | 1.00<br>175.00/hr | 175.00 |
|  | MM | Prepared and sent placement packages to accotink | 1.00<br>175.00/hr | 175.00 |
| 10/15/2004 | MM | Discussion with school | 0.33<br>175.00/hr | 57.75 |
| 10/22/2004 | RG | Reviewed HOD and drafted status letter for parent | 0.33<br>350.00/hr | 115.50 |
| 10/25/2004 | YA | Reviewed Hearing Officer's Determination | 0.33<br>105.00/hr | 34.65 |
|  | YA | File review and developed monthly case status report to parent re: Hearing Officer's Determination | 0.58<br>105.00/hr | 60.90 |
|  | YA | Prepared and sent referral for independent tutoring services | 1.00<br>105.00/hr | 105.00 |
|  | RG | Drafted letter to parent re: HOD and tutoring | 0.50<br>350.00/hr | 175.00 |
|  | RG | Discussion with paralegal re: HOD- tutoring and letter to parent | 0.42<br>350.00/hr | 147.00 |
|  | YA | Discussion with the child's attorney | 0.42<br>105.00/hr | 44.10 |
|  |  | For professional services rendered | 37.79 | $8,180.85 |

Additional Charges :

| 8/31/2004 | Facsimile hearing request | 5.00 |
|---|---|---|
| 9/3/2004 | Facsimile Received from DCPS | 1.00 |
| 9/15/2004 | Copied documents HR and status letter. | 1.75 |
|  | Copied documents for advocate HR and status letter. | 1.75 |

Phil Liverpool                                                                                                Page    4

                                                                                                              <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 9/15/2004 | Copied documents for parent (HDN stat) | 0.50 |
| | Postage; letter to parent (HDN) | 0.37 |
| | Copied documents; letter to parent and HOD | 1.75 |
| 9/20/2004 | Facsimile to Interdynamics (ref) | 14.00 |
| | Facsimile Received from DCPS; disclosures | 8.00 |
| 9/21/2004 | Postage; letter to parent (HOD) | 0.60 |
| | Postage; letter to parent (referral) | 0.60 |
| 9/24/2004 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Facsimile disclosures to Jon Hoppe, Esq. | 51.00 |
| | Copied documents(DCPS-Disclosure) | 212.00 |
| 9/27/2004 | Facsimile Received from Jon Hoppe; disclosures | 10.00 |
| 9/30/2004 | Facsimile amended disclosures to SHO & OGC &Jon Hoppe | 27.00 |
| 10/1/2004 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 10/22/2004 | Facsimile Received from DCPS; HOD | 9.00 |
| 10/25/2004 | File review preparation of bill and invoice audit | 96.88 |
| | Copied documents; letter to parent | 0.50 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Postage; letter to parent (HOD) | 0.60 |
| | Fascimile; referral | 11.00 |
| | Copied documents; HOD | 11.25 |
| | Total costs | $595.43 |
| | Total amount of this bill | $8,776.28 |