EXHIBIT "A"

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊ | Suite 700 | Tilman L. Gerald |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| * Admitted in Maryland Only | | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | Δ Member of the DC Federal Bar |

November 22, 2004

Mr. J. Heaney
Executive Director
**Barbara Jordan PCS**
100 Peabody Street, N. W., 3rd Floor
Washington, D.C. 20011

       RE: Our client: Mr. Phillip Brown, parent and next kin of Phillip Liverpool
          Date of birth: November 28, 1991
          <u>Hearing Officer's Determination: 10/21/04</u>

Dear Mr. Heaney:

  We are herewith enclosing the Fee Application Under the Individuals With Disabilities Education Act For Parents Who Prevailed Against A District of Columbia Public Charter School in regard to the above referenced case. This case was heard on October 1, 2004 and the Hearing Officer's Determination was rendered on October 21, 2004. In the decision rendered in this case, the Hearing Officer specifically held that the parent, the Petitioner therein, is the "prevailing party" (emphasis original). Thus, in light of the foregoing, we here kindly ask that you remit the sum of Eight Thousand Seven Hundred Seventy-six Dollars and Twenty-eight Cents ($8,776.28) payable to the order of James E. Brown & Associates, PLLC immediately upon receipt hereof. Should you have any questions concerning the Fee Application, please feel free to contact the undersigned immediately. We close by thanking you in advance for your anticipated cooperation and prompt remittance.

                 Very truly yours,

                 JAMES E. BROWN & ASSOCIATES, PLLC

                 Michele Torry, Billing Manager

cc: Jon A. Hoppe, Esquire