**EXHIBIT "B"**

**THE STUDENT HEARING OFFICE**
825 NORTH CAPITOL STREET, NE
8TH FLOOR
WASHINGTON, DC 20002
FAX: (202) 442-5556



December 3, 2004

### STATEMENT OF FACT

On October 21, 2004, the Student Hearing Office faxed the hearing officer's determination (HOD) for Phillip Liverpool (student) to the parent attorney at Brown & Associates, also forwarded the HOD to the Office of Special Education who faxes HOD's to the attending schools. We did not fax a copy of the HOD to Jon A. Hoppe, Esquire, Hafsy & Hoppe, LLC.

Sheila Hall
Director of Operations
Student Hearing Office

*CONFIDENTIALITY NOTICE*: This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this information is strictly prohibited.