EXHIBIT "C"

BARBARA JORDAN PCS
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Phillip Liverpool         SCHOOL: Barbara Jordan PCS    DATE: 9/7/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Jon A. Hippe | Jon A. Hippe | Atty for BJPCS |
| Samantha Shands Toppin | S. Shands Toppin | Sp. Ed. Coor. |
| Joseph P. Heaney | Joseph P. Heaney | Executive Director |
| Lynnette Walker | Lynnette Walker | Dean of Students |
| Alan Williams | Alan Williams | Dean of Students |
| Richard Rogers | Richard Rogers | Principal |
| Pamela McCollum-Butler | Pamela McCollum-Butler | Psychologist |
| Phillip M Brown | Phillip M Brown | Father |
| Michelle Moody | | Advocate |

The meeting was called to order and team members were introduced. Ms. Moody, Ed. Advocate stated that her and her client, Mr. Phillip Brown, Phillip's father would sign at the end of the meeting. The Dean of Students, Ms. Walker, and Mr. Rogers, Principal entered the meeting. Phillip was asked to recall the incident that occurred at the end of the school year and he stated that he did not remember. Mr. Heaney asked the Dir. of Sp Ed. to read the Incident Report dated 6/16/04. Phillip stated that he remembered the incident and took the letter home and placed it on the table. According to Phillip, he did not give the letter to his father. Mr. Brown stated that he did not receive the letter.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

BARBARA JORDAN P.C.S.
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

## INDIVIDUALIZED EDUCATION PROGRAM
### (IEP)
### MEETING NOTES

STUDENT: Phillip Liverpool     SCHOOL: BJPCS     DATE: 9/7/04

PARTICIPANTS:                   PARTICIPANTS: (Sign Name)         DISCIPLINE

Ms. Shands-Toppin also read the Incident Report dated 6/1/04, in which he threaten to kill himself and the Mental Health Crisis Unit was contacted. The discharge papers were provided to BJPCS which stated a diagnosis of Adjustment Disorder w/ Depressed Mood and recommended family and individual therapy through the summer. According to Mr. Brown they have attended approximately 4 sessions. Ms. Moody, Ed. Advocate, stated that w/ his disability of Emotionally Disturbed (ED) and ADHD, Phillip's impulsiveness and attention-seeking behaviors are a result of his disability.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

BARBARA JORDAN P.C.S.
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Phillip Liverpool  SCHOOL: BJPCS  DATE: 9/7/04

PARTICIPANTS: _____  PARTICIPANTS: (Sign Name) _____  DISCIPLINE _____

Mr. Rogers, Principal, spoke of Phillip's escalating behaviors and the incident that occurred on 6/16/04. Mr. Rogers proposed that Phillip be expelled as a result of his behavior.

Ms. Moody, stated that the parent is very concerned and interested in doing what was necessary to correct and ensure that this will not happen again.

Mr. Hoppe, Attorney for BJPCS, stated whether the current Dean of Student could provide an account of events. Mr. Alan William, Interim Dean of Students for the 2003-2004 school year, provided information concerning the incident. According to Mr. Williams, Phillip did

DISTRICT OF COLUMBIA PUBLIC SCHOOLS  07-02-2001  DIVISION OF SPECIAL EDUCATION  IEP MEETING NOTES

BARBARA JORDAN PCS
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Phillip Liverpool    SCHOOL: BJPCS    DATE: 9/7/04

PARTICIPANTS:    PARTICIPANTS: (Sign Name)    DISCIPLINE

admit to his involvement in the incident that occurred on 6/16/04. The Exec. Dir., Mr. Heaney, questioned Mr. Rogers decision of expulsion. Mr. Rogers main concerns of Phillip's safety, and how Phillip placed himself and other's in danger w/ the lighting of fireworks. Ms. Moody, proposed a special day school for Phillip. Mr. Brown, requests DCPS to send Placement packets to Pathways, Accotink, and Phillips School and provide counsel w/ a copy of cover letter within 5 calendar days. Phillip's neighborhood schools are Backus and/or MacFarland.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

BARBARA JORDAN PCS
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

## INDIVIDUALIZED EDUCATION PROGRAM
### (IEP)
### MEETING NOTES

STUDENT: Phillip Liverpool   SCHOOL: BJPCS   DATE: 9/7/04

PARTICIPANTS:     PARTICIPANTS: (Sign Name)     DISCIPLINE

Mr. Brown requested from DCPS to locate an appropriate placement within 48 hrs. w/ providing transportation. The parent is requesting this based on the fact that Dwight Thomas, was invited to the Sept. 7, 2004 meeting. Dr. Butler, School Psychologist entered the meeting. Mr. Heaney introduced Dr. Butler to the team and provided her several minutes to review the Clinical Evaluation and Incident Reports. Dr. Butler stated that Phillip demonstrated several deficiencies and that Phillip is aware of consequences, however these incidents should not be minimized and that a more restrictive environment is necessary. Dr. Butler stated that

BARBARA JURDAN PCS
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT Phillip Liverpool    SCHOOL BJPCS    DATE: 9/7/04

PARTICIPANTS:        PARTICIPANTS: (Sign Name)        DISCIPLINE

there is a direct correlational between Phillip's behavior and his disability. Ms. Moody questioned Dr. Butler about a potential residential placement. Dr. Butler was concerned if Phillip would be able to work/address the family component. Dr. Butler stated that Phillip was working on consequences and behavior and how it effects us in his counseling sessions. It was also requested that DCPS conduct a Psychiatric Evaluation within 10 calendar days. According to Mr. Rogers, hazardous materials constitutes an expulsion according to school policy. Recommendations

1) A Private Day School (Pathways, Accotink, Phillip's School)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

BARBARA JORDAN P.C.S.
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

## INDIVIDUALIZED EDUCATION PROGRAM
## (IEP)
## MEETING NOTES

STUDENT: Phillip Liverpool    SCHOOL: BJPCS    DATE: 9/7/04

PARTICIPANTS: _____    PARTICIPANTS: (Sign Name) _____    DISCIPLINE _____

According to Ms. Moody, placement and reevaluations were discussed at the Aug. 30, 2004 meeting. According to Dr. Butler, a behavior management program implemented within the classroom, medication management, psychiatric evaluation, a 1:5 ratio, crisis intervention team, family counseling 1 hr 2x per week, individual counseling 1/2 hrs. and 1 1/2 group counseling. - 22.5 hrs. of specialized instruction are recommended. It is also recommended that the Intervention Behavior Plan should be reviewed. Dr. Butler will revisit the Intervention Behavior Plan and Social Emotional Goals. (Draft). Phillip will be expelled from BJPCS at the conclusion of this meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

Phillip's records will be faxed to his neighborhood school and Ms. Moody and Mr. Phillip Brown will enroll Phillip Liverpool on tomorrow, Sept. 8, 2004.

BARBARA JORDAN PCS
100 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Phillip Liverpool   SCHOOL: BJPCS   DATE: 9/7/04

PARTICIPANTS: _____   PARTICIPANTS: (Sign Name) _____   DISCIPLINE _____

The team (majority) concluded that the behavior in question was not a manifestation of his disability and in addition, the expulsion will be upheld. The parent, school psy., and Ed. Advocate stated that the behavior was a manifestation of Phillip's disability, however, all members, except the parent feels as if a more restrictive educational environment is necessary due to the escalating nature of his emotional disability. Additional education packets should be sent to Joz Arz & Center for Life Enrichment. Mr. Phillip Brown gives DCPS permission to conduct a psychiatric evaluation.

Phillip M Brown   9-7-04

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

Ms. Moody Ed. Advocate   703/307-8098