UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP BROWN,** <br> **parent and next friend of P.L., a minor** <br> **Plaintiffs,** <br><br> v. <br><br> **BARBARA JORDAN P.C.S.** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> )    **Civil Action No. :06-01458** <br> ) <br> ) <br> ) <br> ) <br> ) |

## RULE 16.3 REPORT

COME NOW, Plaintiff Phillip Brown, parent and next friend of P.L., a minor, by their respective counsel and pursuant to this Court's Order and Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred by telephone on or about October 25, 2006 and consistent with the said telephone conference, the Defendant informed counsel that he was not aware that a Rule 16.3(b) Report had been ordered in this matter. Counsel for Defendant further informed Plaintiff's Counsel that up until receipt of the complaint, he had no knowledge of the October 21, 2004 Hearing Officer's Determination and thus would wait for the Court to direct him in this matter. Consistent with the requirements of the Court, the Plaintiff respectfully submits the following:

### I.     Statement of the case

Plaintiffs are seeking reimbursement of attorney fees incurred in the connection of litigation at the administrative level. The Defendant has failed to reimburse the Plaintiffs for reasonable attorney fees. The Defendants dispute the allegations regarding the request for reimbursement for

reasonable attorney fees.

**II.    Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1. Based on the information available, the Plaintiffs believe that this case can be decided by dispositive motion.

2. The Plaintiffs do not anticipate the need for joining parties or amending the pleadings. At this time, the Plaintiffs do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The Plaintiffs do not believe that this matter should be assigned to a magistrate judge.

4. The Plaintiffs are amenable to discussing settlement, but does not believe that a settlement is possible at this time.

5. The Plaintiffs do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

    a. The Defendant will file the Administrative Record on or before January 12, 2007;

    b. Plaintiffs will file their Motion for Summary Judgment no later than 45 days after the filing and receipt of the Administrative Record;

    c. Defendants will file their Cross Motion for Summary Judgment and their Opposition no later than 45 days after the filing of Plaintiffs' Motion for Summary Judgment.

    d. Plaintiffs will file their Opposition and Reply no later than 30 days

of the filing of the Defendant's Cross Motion for Summary Judgment and Opposition.

  e. Defendants will file their Reply no later than 30 days from the filing of Plaintiffs' Opposition and Reply.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The Plaintiffs do not believe that discovery will be necessary.

9. The Plaintiffs do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The Plaintiff is not aware of any other matters that require inclusion in a scheduling order.

Dated this 9th day of November 2006.

---

Tilman L. Gerald
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
Attorneys for Plaintiffs

---

|  |  |
|---|---|
| **PHILLIP BROWN,** | ) |
| **parent and next friend of P.L., a minor** | ) |
| **Plaintiffs,** | ) |
|  | ) |
| v. | )  Civil Action No. :06-01458(RJL) |
|  | ) |
| **BARBARA JORDAN P.C.S.** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## SCHEDULING ORDER

Upon consideration of the Plaintiffs' Rule 16.3 Report, it is this ___ day of November 2006, hereby,

**ORDERED,** that the parties stipulate to dispense with initial disclosures required by rule 26(a)(1); and it is further,

**ORDERED,** that the following schedule will govern this case:

(a). The Defendants will file the Administrative Record on or before January 12, 2007;

(b). The Plaintiffs will file their Motion for Summary Judgment by February 26, 2007;

(c). The Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment by April 12, 2007;

(d). The Plaintiffs will file their Opposition to the Defendant Cross Motion for Summary Judgment and their Reply by May 14, 2007;

(e). The Defendants will file their Reply by June 13, 2007 and is hereby further

**ORDERED,** that this matter is set for further status on _____, 2007.

**SO ORDERED.**

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT COURT