IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP BROWN,** | * |
| Plaintiff | * Case No. 1:06CV01458 |
| v. | * Judge Richard J. Leon |
| **BARBARA JORDAN P.C.S.,** | * Deck Type: Administrative Agency Review |
| Defendant | * |

## NOTICE OF FILING ADMINISTRATIVE RECORD

COMES NOW the Defendant, Barbara Jordan P.C.S., by and through undersigned counsel, and pursuant to LcvR 5.4, serves Notice of the filing of the administrative record in the above-captioned matter. Said Record is filed as of January 11, 2007 and includes the following: 1. a Certification thereof; 2. a Request for Due Process Hearing; 3. two Disclosures from the Petitioner; 4. a Disclosure from D.C. Public Schools; 5. a Disclosure from the Barbara Jordan P.C.S.; 6. an Attendance Sheet from the Hearing; 7. a Transcript of the Hearing; and 8. a Hearing Officer's Decision.

Respectfully submitted,

MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.


By /s/ Jon A. Hoppe
   Jon A. Hoppe, Esquire (438866)
   Counsel for Defendant
   1050 Seventeenth Street, NW #1000
   Washington, D.C. 20036
   (202) 776-0647

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of January, 2007, a true copy of the foregoing Notice was mailed, postage prepaid, to Tilman L. Gerald, Esquire and Roxanne D. Neloms, Esquire, James E. Brown and Associates, PLLC, 1220 L Street, NNW #700, Washington, D.C. 20005.


<u>/s/ Jon A. Hoppe</u>
Jon A. Hoppe