# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
*STUDENT HEARING OFFICE*
**SPECIAL EDUCATION**

In the Matter RE: **Liverpool, Phillip vs. DCPS & Barbara Jordan PCS**

Case Information:   Hearing Dates: **10/01/2004**
Held at: **District of Columbia Public Schools Headquarters**
**825 N. Capitol Street, N.E.**
**Washington, D.C. 20002**
Student Identification Number: **9007559**
Student's Date of Birth: **11/28/1991**
Attending School: **Barbara Jordan PCS**
Managing School: **McFarland JHS**
Hearing Request Date(s) **08/31/2004**

## CERTIFICATION OF RECORD

I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in the above entitled matter as of this date, consisting of all letters, pleadings, orders, exhibits and depositions.

I FURTHER CERTIFY that the materials forwarded herewith are the true copy of the original documents submitted in this matter.

EXECUTED this 12th day of December 2006.

LEGAL ASSISTANT
STUDENT HEARING OFFICE

C-1