```
              TRANSMISSION VERIFICATION REPORT

                                         TIME  : 09/03/2004 08:20
                                         NAME  : STUDENT HEARINGS OFF
                                         FAX   : 2024425556
                                         TEL   : 2024425432
                                         SER.# : BROH3J608601


DATE,TIME              09/03 08:19
FAX NO./NAME           97422097
DURATION               00:00:18
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



2004 SEP -3 AM 11:18   OFFICE OF THE GENERAL COUNSEL

## HEARING NOTICE

MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO: Parent (or Representative): **R. GAMBALE / R. ROGERS**  Fax No.: **742-2097 / 545-0923**

LEA Legal Counsel: **J. SCHREIBMAN**

RE: **LIVERPOOL, PHILLIP**  and (LEA) DOB: **11/26/91**
    Student's Name

FROM: **SHARON NEWSOME**
    Special Education Student Hearing Office Coordinator

DATE SENT: **9/3/04**

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on **8/31/04**. Please be advised that the hearing has been scheduled for:

DATE: **10/1/04**

TIME: **3:00 PM**

R-1

```
                    TRANSMISSION VERIFICATION REPORT

                                      TIME    : 09/03/2004 08:21
                                      NAME    : STUDENT HEARINGS OFF
                                      FAX     : 2024425556
                                      TEL     : 2024425432
                                      SER.#   : BROH3J608601


DATE,TIME              09/03  08:20
FAX NO./NAME           95450923
DURATION               00:00:28
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



OFFICE OF THE
GENERAL COUNSEL
2004 SEP -3 AM 11:18

### HEARING NOTICE

MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:   Parent (or Representative): **R. GAMBALE / R. ROGERS**   Fax No.: **742-2097 / 545-0923**

      LEA Legal Counsel: **J. SCHREIBMAN**

RE:   **LIVERPOOL, PHILLIP**  and (LEA) DOB: **11/28/91**
      Student's Name

FROM: **SHARON NEWSOME**
      Special Education Student Hearing Office Coordinator

DATE SENT: **9/3/04**

................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on **8/31/04**. Please be advised that the hearing has been scheduled for:

DATE: **10/1/04**

TIME: **3:00 PM**

R-2

# STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

➢ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➢ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION    ___ I REQUEST MEDIATION AND A HEARING    _X_ I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: __Phillip Liverpool__    DOB: __11/28/91__

Address: __734 Marietta Place, N.W., Washington, D.C. 20011__

Barbara Jordan Public Charter School    McFarland Middle School
Present School of Attendance:               Home School:
                                            (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:** __DCPS / Barbara Jordan PCS__
DCPS and/or D.C. Public Charter School-specify charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: __Phillip Brown__
Address: __734 Marietta Place N.W., Washington D.C. 20011__
Phone: (H) (202) __882-9358__   (202) __210-4259__   (W) _____   (Fax) _____

Relationship to Student: _X_ Parent  ___ Self  ___ Legal Guardian  ___ Parent Surrogate  ___ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: __Roberta L. Gambale, Esq.__ Phone: (W) __202-742-2000__ (Fax) __202-742-2098__

Address: __1220 L Street, NW, Suite 700, Washington, DC 20005__

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you

| Form 101 | 02/01/2003 |
|---|---|

R-3

represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  September 21, 2004   September 22, 2004   September 23, 2004

Mediation: _____ _____ _____

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

Special Communications _____
Special Accommodation for Disability _____
Other _____

Form 101      02/01/2003

R-4

3. In accordance with the **Individuals with Disabilities Education Act (IDEA), please answer below:**
(You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

INAPPROPRIATE CHANGE OF PLACEMENT EFFECTED BY FAILURE TO ALLOW STUDENT TO REGISTER AND/OR DENIAL OF FAPE.

Barbara Jordan Public Charter School ("BJPCS") failed to allow Phillip Liverpool, DOB: 11/28/91, to enroll for the 2004/2005 school year thereby unilaterally forcing a change of placement and denying Phillip access to his education. The student's most recent Individualized Educational Program ("IEP") was drafted in September 2003 and placed Phillip at BJPCS. Parent confirmed that Phillip would be attending BJPCS during the 2004 summer and was never informed of the intent of BJPCS to deny enrollment. On or about August 30, 2004, the first day of school for the 2004/2005 school year, parent, Mr. Phillip Brown, took Phillip Liverpool to BJPCS with the intention of enrolling the student and was denied enrollment despite the fact that Phillip had attended BJPCS during the 2003/2004 school year and that was his most recent placement pursuant to his IEP. As a result of BJPCS's actions, Phillip was excluded from classes and derived of his educational placement and denied of a Free and Appropriate Public Education ("FAPE") BJPCS never informed parent, attorney for the parent, and/or District of Columbia Public Schools ("DCPS"), the SEA, of their intent to exclude Phillip from placement at BJPCS to enable an alternate placement to be identified prior to the commencement of the school year. BJPCS never convened an MDT meeting to discuss placement.

At almost the same time that BJPCS officials were denying access to Phillip, counsel for BJPCS was participating in a hearing brought on behalf of Phillip to address the failure to comprehensively evaluate the student and entered a settlement agreement on the record with attorney for the parent and counsel for DCPS wherein BJPCS was agreeing to convene an MDT meeting upon receipt of independent evaluations to be funded by DCPS. At no time during the course of the hearing did counsel for BJPCS inform Parent's counsel, DCPS's counsel, and/or the Hearing Officer of BJPCS's intent to deny Phillip enrollment for the upcoming school year.

At the time that Phillip was denied enrollment, the registrar, eluded to an incident occurring prior to the conclusion of the prior school year as the basis for the exclusion and/or stated that it was uncertain as to whether there was room available in the Seventh grade class for Phillip Liverpool. Neither the parent, nor counsel for the parent, was informed either orally or in writing of a suspension or other disciplinary action to be taken against Phillip. Pursuant to 34 C.F.R. Section 300.519 through 300.526 there are procedures that must be complied with when disciplining students with disabilities. BJPCS's actions here constitute an inappropriate change of placement such as would be prohibited under 34 C.F.R. Section 300.519. If in fact, the exclusion was based upon a disciplinary action, none of the procedures set forth in this section have been adhered to by BJPCS, including but not limited to a manifestation determination review.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

Whether BJPCS violated the IDEA by denying the student access to his educational placement?

Whether or not Charter School failed to comply with applicable disciplinary procedures?

Whether or not the student has been denied a FAPE?

02/01/2003
Form 101

R-5

**Describe relevant facts relating to the problem:**

See facts stated above.

**State how you would like to see the problem corrected**

1. BJPCS shall immediately allow Phillip to enroll, if the parent elects, at their facility;

2. The student shall be entitled to compensatory relief and BJPCS shall fund 5 hours of independent tutoring services for each day that the student was improperly excluded from his placement;

3. A final determination shall be issued pursuant to the timelines set forth in the IDEA.

_____            August 31, 2004
Signature of Applicant/Parent               Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
Student Hearing Office of the District of Columbia
828 North Capitol Street, NE, 8th Floor
Washington, DC 20002        FAX: (202) 442-5556

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Revised 02/01/2003

Form 101

02/01/2003

Form 101

R-6