# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso◊◊ |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West◊◊ | Facsimile: (202) 742-2098 | |

----------------------------------------

\* Admitted in Maryland Only                    e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only
◊ Admitted in New York Only                                                       Δ Member of the DC Federal Bar

September 24, 2004

**Hand Delivered**
**Jack Schreibman, Esq.**
Office of General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

### Re: Five-Day Disclosure for Phillip Liverpool / DOB: 11/28/91

Dear Mr. Schreibman:

For the upcoming hearing scheduled for October 01, 2004 at 3:00 p.m. or any subsequent hearing regarding this student and pursuant to 34 C.F.R. 300.509 (a)(3), and in addition to any documents and witnesses that the District of Columbia Public Schools ("DCPS") may disclose, the parent may rely on the following documents and witnesses:

### Documents

| | |
|---|---|
| PL-1 | DCPS Hearing Notice, dated 9/03/04; |
| PL-2 | Due Process Hearing Request, dated 8/31/04; |
| PL-3 | Correspondence to Hafey & Hoppe, L.L. from attorney with fax confirmations, dated 8/30/04; |
| PL-4 | Hearing Officer's Determination, dated 9/09/04; |
| PL-5 | Individualized Educational Program and Meeting Notes, dated 9/24/03; |
| PL-6 | Individualized Educational Program and Meeting Notes, dated 7/31/03; |
| PL-7 | Correspondence to Barbara Jordan PCS from Educational Advocate dated 7/07/04. |

### Witnesses

1.    Phillip Brown, Parent;
2.    Phillip Liverpool, Student;
3.    Michelle Moody, Educational Expert, James Brown & Associates, PLLC or designee;
4.    Yamileth Amaya, Paralegal or designee.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

Parent reserves the right to have witnesses to testify via telephone. Please contact me at (202) 742-2000 (ext. 2021) should you wish to discuss the case at more length.

Sincerely,

Roberta Gambale Esq.

Attachments
cc:   Student Hearing Office



# EXHIBIT :
## PL-1



# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:    Parent (or Representative): *R. GAMBALE / R. ROGERS*    Fax No.: *742-2097 / 545-0923*

LEA Legal Counsel: *J. SCHREIBMAN*

RE: *LIVERPOOL, PHILLIP*    and (LEA) DOB: *11/28/91*
Student's Name

FROM: *SHARON NEWSOME*
Special Education Student Hearing Office Coordinator

DATE SENT: *9/3/04*

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on *8/31/04*. Please be advised that the hearing has been scheduled for:

DATE: *10/1/04*

TIME: *3:00 PM*

AT:    825 North Capitol Street, NE, Washington, DC
8th Floor

ASSIGNED HEARING OFFICER: _____

[ ] THIS IS A FINAL NOTICE OF HEARING: If you wish to request a continuance of this hearing, you must submit your request in *writing on the attached form* to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[ ] THIS IS A PROVISIONAL NOTICE OF HEARING: The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least **five business days** prior to the hearing with copies to the Special Education Student Hearing Office.



# EXHIBIT:
# PL-2

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

➤ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➤ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case.  Please indicate your decision:

___  I REQUEST MEDIATION   ___  I REQUEST MEDIATION AND A HEARING  _X__  I REQUEST A HEARING

---

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name:    Phillip Liverpool                    DOB:    11/29/91

Address:       734 Marietta Place, N.W., Washington, D.C. 20011

Barbara Jordan Public Charter School                    McFarland Middle School
Present School of Attendance:                Home School:
                                (Neighborhood school where child is registered)

## COMPLAINT IS MADE AGAINST:            DCPS / Barbara Jordan PCS
                        DCPS and/or D.C. Public Charter School-specify  charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:    Phillip Brown
Address:       734 Marietta Place N.W.,  Washington  D.C. 20011
Phone:  (H) (202) 882-9358   (202) 210-4259        (W) _____ (Fax) _____

Relationship to Student:  _X__  Parent  ___ Self  ___Legal Guardian  ___ Parent Surrogate  ___ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:   Roberta L. Gambale, Esq.  Phone: (W)   202-742-2000       (Fax) 202-742-2098

Address:       1220 L Street, NW, Suite 700, Washington, DC 20005

---

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you

Form 101                                           02/01/2003

I.PL-6

represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:    September 21, 2004     September 22, 2004          September 23, 2004

Mediation: _____  _____  _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

      Interpreter
      ___ Foreign Language _____
      ___ Sign Language _____
      ___ Other _____

    Special Communications _____
    Special Accommodation for Disability _____
    Other _____

**3.  In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:**
   (You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

   INAPPROPRIATE CHANGE OF PLACEMENT EFFECTED BY FAILURE TO ALLOW STUDENT TO REGISTER AND/OR DENIAL OF FAPE.

Barbara Jordan Public Charter School ("BJPCS")   failed to allow Phillip Liverpool, DOB: 11/28/91, to enroll for the 2004/2005 school year thereby unilaterally forcing a change of placement and denying Phillip access to his education.  The student's most recent Individualized Educational Program ("IEP") was drafted in September 2003 and placed Phillip at BJPCS. Parent confirmed that Phillip would be attending BJPCS during the 2004 summer and was never informed of the intent of BJPCS to deny enrollment. On or about August 30, 2004, the first day of school for the 2004/2005 school year, parent, Mr. Phillip Brown, took Phillip Liverpool to BJPCS with the intention of enrolling the student and was denied enrollment despite the fact that Phillip had attended BJPCS during the 2003/2004 school year and that was his most recent placement pursuant to his IEP.  As a result of BJPCS's actions, Phillip was excluded from classes and derived of his educational placement and denied of a Free and Appropriate Public Education ("FAPE")  BJPCS never informed parent, attorney for the parent, and/or District of Columbia Public Schools ("DCPS"), the SEA, of their intent to exclude Phillip from placement at BJPCS to enable an alternate placement to be identified prior to the commencement of the school year. BJPCS never convened an MDT meeting to discuss placement.

At almost the same time that BJPCS officials were denying access to Phillip, counsel for BJPCS was participating in a hearing brought on behalf of Phillip to address the failure to comprehensively evaluate the student and entered a settlement agreement on the record with attorney for the parent and counsel for DCPS wherein BJPCS was agreeing to convene an MDT meeting upon receipt of independent evaluations to be funded by DCPS. At no time during the course of the hearing did counsel for BJPCS inform Parent's counsel, DCPS's counsel, and/or the Hearing Officer of BJPCS's intent to deny Phillip enrollment for the upcoming school year.

At the time that Phillip was denied enrollment, the registrar, eluded to an incident occurring prior to the conclusion of the prior school year as the basis for the exclusion and/or stated that it was uncertain as to whether there was room available in the Seventh grade class for Phillip Liverpool. Neither the parent, nor counsel for the parent, was informed either orally or in writing of a suspension or other disciplinary action to be taken against Phillip.  Pursuant to 34 C.F.R. Section 300.519 through 300.526 there are procedures that must be complied with when disciplining students with disabilities.  BJPCS's actions here constitute an inappropriate change of placement such as would be prohibited under 34 C.F.R. Section 300.519.  If in fact, the exclusion was based upon a disciplinary action, none of the procedures set forth in this section have been adhered to by BJPCS, including but not limited to a manifestation determination review.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

   Whether BJPCS violated the IDEA by denying the student access to his educational placement?

   Whether or not Charter School failed to comply with applicable disciplinary procedures?

   Whether or not the student has been denied a FAPE?

**Describe relevant facts relating to the problem:**

See facts stated above.

**State how you would like to see the problem corrected**

1. BJPCS shall immediately allow Phillip to enroll, if the parent elects, at their facility;

2. The student shall be entitled to compensatory relief and BJPCS shall fund 5 hours of independent tutoring services for each day that the student was improperly excluded from his placement;

3. A final determination shall be issued pursuant to the timelines set forth in the IDEA.

| | |
|---|---|
| _____ | _____August 31, 2004_____ |
| Signature of Applicant/Parent | Date |

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002          FAX:  (202) 442-5556**

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                          Revised 02/01/2003

---

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina Busso♦◊ |
| Brenda McAllister*◊Δ | Suite 700 | John Straus |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

---------------------------------------

\* Admitted in Maryland Only
♦ Admitted in New York Only

---------------------------------

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  August 3?, 2004

TO: DCPS Dept. of Mediation and Compliance .

PHONE: (202) 442-4800

FAX NO:  (202) 442-5517

FROM:   Roberta Gambale, Esq.

SUBJECT:   **Due Process Hearing Request for Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:

**CHARTER SCHOOL INVOLVED !!!!!!!!!**

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊  *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
06/31/2004 14:46 FAX 202 742 2097        James Brown and Associat              @001
```

```
        *************************
        ***    TX REPORT    ***
        *************************


TRANSMISSION OK

TX/RX NO              1972
CONNECTION TEL                   94425556
SUBADDRESS
CONNECTION ID
ST. TIME              08/31 14:46
USAGE T               00'53
PGS. SENT             5
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso♦◊
John Straus
Tilman L. Gerald Δ
Roxanne D. Neloms

---

* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  August 30, 2004

TO: DCPS Dept. of Mediation and Compliance .

PHONE: (202) 442-4800

FAX NO:  (202) 442-5517

FROM:  Roberta Gambale, Esq.

SUBJECT:  **Due Process Hearing Request for Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:

**CHARTER SCHOOL INVOLVED !!!!!!!!!**

I.PL-11



# EXHIBIT:
# PL-3

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◊
---------------------------------
* Admitted in Maryland Only
♦ Admitted in New York Only

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!◊
Christina R. Busso♦◊
Tilman L. GeraldΔ
Roxanne D. Neloms
John A. Straus*◊
---------------------------------
! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

**August 30, 2004**

**Via Facsimile Only**
Hafey & Hoppe, L.L.C.
Attorneys at Law
Suite 320 - 11821 Parklawn Drive
Rockville, MD 20852

### Re: Barbara Jordan Public Charter School & Phillip Liverpool , DOB: 11/14/96

Dear Mr. Hoppe:

I have just spoken with my client, Mr. Phillip Brown about a situation that transpired earlier today and I am very concerned. As I am sure you are aware, today was the first day of school for the 2004/2005 school year at Barbara Jordan Public Charter School ("BJPCS"). Despite the fact that the parent confirmed that Phillip would be returning to BJPCS for the 2004/2005 school year this summer and despite the fact that Phillip's current IEP places him at BJPCS, Phillip was not allowed to enroll or attend school today. This is clearly a denial of FAPE under the IDEA.

In the event that BJPCS feels that they cannot meet this student's needs, they have an obligation to schedule an MDT/placement meeting and notify both the parent and DCPS so that a suitable alternate placement might be located and the student's educational progress is not harmed by a lapse in services and/or appropriate instruction. Until such time as a suitable alternate placement is located, Phillip would remain in his current educational facility pursuant to the "Stay Put" Provisions of the IDEA.

We spoke about this student at a hearing that concluded less than two hours ago. During the course of the hearing, you never advised, me, the DCPS Attorney Advisor and/or the Hearing Officer of the fact that BJPCS did not intend to allow Phillip to return this school year. In fact, as part of the agreement entered, BJPCS agreed to host the MDT/IEP meeting for the student once independent evaluations were completed.

I would request that Phillip be allowed to return to BJPCS in the morning and that confirmation of this be submitted to this office by close of business so that I may instruct parent to return to BJPCS with Phillip tomorrow morning. In the event that Phillip is denied enrollment I will be filing a request for an expedited due process hearing.

*"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

I may be reached at (202) 742-2000 (ext. 2021) and will look forward to hearing from you so that we might resolve this situation in a manner that best serves the interests of this child.

Sincerely,

Roberta L. Gambale, Esq.
Attorney for the parent

CC:     Barbara Jordan Public Charter School
        Parent
        Educational Advocate, Ms. Moody

*"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
************************
***   TX REPORT   ***
************************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1929 |
| CONNECTION TEL | 95450923 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 08/30 17:01 |
| USAGE T | 00'59 |
| PGS. SENT | 3 |
| RESULT | OK |

## JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso◆◊
John Straus
Tilman L. Gerald△
Roxanne D. Neloms

---

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  August 30, 2004

TO:   Barbara Jordan Public Charter School

    (Attn: Mr. Rogers, Principal, and/or Ms. Toppin, Special Education Coordinator)

PHONE: (202)545-0922

FAX NO:  (202)545-0923

FROM:   Roberta Gambale, Esq.

SUBJECT  **Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:   3

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina Busso♦◊ |
| Brenda McAllister*◊Δ | Suite 700 | John Straus |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

---------------------------------

\* Admitted in Maryland Only
♦ Admitted in New York Only

---------------------------------

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  August 30, 2004

TO:    Barbara Jordan Public Charter School

      (Attn:  Mr. Rogers, Principal, and/or Ms. Toppin, Special Education Coordinator)

PHONE: (202)543-0922

FAX NO:  (202)545-0923

FROM:   Roberta Gambale, Esq.

SUBJECT  **Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:    3

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.
  ◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

I.PL-16

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1914
CONNECTION TEL              93018163260
SUBADDRESS
CONNECTION ID
ST. TIME             08/30 13:48
USAGE T              00'30
PGS. SENT               3
RESULT               OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso♦◊
John Straus
Tilman L. Gerald Δ
Roxanne D. Neloms

---

* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  August 30, 2004

TO:    Jon A. Hoppe, Attorney at Law

PHONE: (301)816-0953

FAX NO:  (301)816-3260

FROM:   Roberta Gambale, Esq.

SUBJECT  **Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:   3

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊∆
Brenda McAllister*◊∆
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso◆◊
John Straus
Tilman L. Gerald∆
Roxanne D. Neloms

------------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  August 30, 2004

TO:    Jon A. Hoppe, Attorney at Law

PHONE: (301)816-0953

FAX NO:  (301)816-3260

FROM:   Roberta Gambale, Esq.

SUBJECT  **Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:   3

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*



# EXHIBIT:
# PL-4

**District of Columbia Public Schools**
*Office of Compliance*
**STUDENT HEARING OFFICE**
825 North Capitol Street, N.E,
8ᵀᴴ Floor
Washington, D.C. 20002
FAX: (202) 442-5556



*FACSIMILE SHEET*

Date: 9-9-04

TO: R. Gambala

FROM: STUDENT HEARING OFFICE

RE: HOD P. Liverpool

TOTAL NUMBER OF PAGES, INCLUDING COVER: 6

COMMENTS:

transmittal

*CONFIDENTIALITY NTOICE:* The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

I.PL-20

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*Office of Compliance*
### CONFIDENTIAL
## Coles B. Ruff, Jr., Due Process Hearing Officer

| | | |
|---|---|---|
| In the Matter of Philip Liverpool | ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: November 28, 1991 | ) | |
| | ) | **HEARING OFFICER'S DECISION** |
| | ) | |
| Petitioner (Student), | ) | Hearing Date: August 30, 2004 |
| | ) | |
| v. | ) | Held at: 825 North Capitol St. NE |
| | ) | Washington, DC |
| District of Columbia Public Schools | ) | |
| ("DCPS" or "District" and Barbara Jordan | | |
| Public Charter School (BJPCS) | ) | |
| Attending School: BJPCS | ) | |
| Respondent. | ) | |

Hearing Participants:
Counsel for Student:

Roberta Gambale, Esq.
1220 L Street, NW #700
Washington, DC 20005

Counsel for Barbara Jordan PCS

Jon A. Hoppe, Esq.
11821 Parklawn Drive
Rockville, MD 20852

Counsel for DCPS:

Jack Schriebman, Esq.
Office of General Counsel
825 North Capitol St. NE
Washington, DC 20002

## INTRODUCTION:

A Due Process Hearing was convened on August 30, 2004, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the parent and student filed June 23, 2004.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

1

(In the Matter of PL  DOB 11/28/91  HOD August 30, 2004)

## DUE PROCESS RIGHTS:

The parent's counsel waived a formal reading of the due process rights.

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. The parent shall obtain and DCPS shall fund and independent occupational therapy (OT) evaluation.
2. DCPS and BJPCS shall, within fifteen (20) calendar days of the receipt of the independent evaluation convene a multi-disciplinary team/individual educational program (MDT/IEP) meeting at BJPCS to review the student's evaluations, review and/or revise the student's IEP as appropriate, discuss and determine placement and discuss and determine compensatory education.
3. The MDT/IEP meeting shall be scheduled through parent's counsel.
4. DCPS and BJPCS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).
5. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

**Coles B. Ruff, Esq.**
**Hearing Officer**
**Date: September 9, 2004**                    Issued: _9-9-04_

2

I.PL-22

# MATTER OF Phillip Liverpool V. DCPS

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| PL 1-16 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness | Yes |
| | | |
| | | |
| | | |
| | * A detailed list of the documents disclosed in contained in the parties' disclosure notices | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

3

# MATTER OF Phillip Liverpool V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/23/04 | Request for Due Process |
| | Notice of Pre-Hearing Conference (as applicable) |
| 7/26/04 | Notice of Due Process Hearing |
| | SETS Disposition Form |
| | Transcripts or audio tapes of hearing |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

4

# INDEX OF NAMES

## MATTER OF Phillip Liverpool V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Roberta Gambale, Esq. |
| School System's Representative | Jack Schriebman, Esq. |
| Barbara Jordan Public Charter School | Jon A. Hoppe, Esq. |
| Student's Educational Advocate | Ms. Michele Moody |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

5



# EXHIBIT:
# PL-5

BARBARA JORDAN P.C.S.
1459 Peabody St. NW 3rd Floor
Washington, DC 20011
(202) 545-0922

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **Liverpool**   First **Phillip**   MI **I**

Student ID **9007559**   Soc. Sec. No. _____   Age: **11**   Grade **6th**

Gender ☒ M ☐ F   Date of Birth **11/28/91**   Ethnic Group **African-American**

Address **734 Marietta Place, N.W.**
House No.   Street Name   Quadrant   Apartment #
**Washington, DC**
City   State   Zip Code

☐ Non-attending

Attending School **Barbara Jordan PCS** Home School _____

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent **Phillip Brown**

Address of (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate
House No.   Street Name   Quad   Apt. No.   City   State   Zip Code
Telephone: Home **(202) 291-4456**   Work _____

### II. CURRENT INFORMATION

Date of IEP Meeting: **09/24/03**

Date of Last IEP Meeting: **07/31/03**

Date of Most Recent Eligibility Decision: **07/31/03**

Purpose of IEP Conference:
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
**III**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| | |
|---|---|
| ☒ BEHAVIOR | ☐ TRANSPORTATION |
| ☐ ESY | ☐ TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | | English | Native Lang | Oral |
| Parent | English | | English | Native Lang | Rdg./ Written |
| Home | English | | English | Native Lang | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr/ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. |
|---|---|---|---|---|---|---|---|---|
| Math | 3 | 2 | 5 | hr | px w | Sp.Ed. Teacher/Gen.Ed.T. | 9/25/03 | 10 mos. |
| Reading | 3 | 2 | 5 | hr | px w | Sp.Ed. Teacher/Gen.Ed.T. | 9/25/03 | 10 mos. |
| Written Expression | 2 | 3 | 5 | hr | px w | Sp.Ed. Teacher/Gen.Ed.T. | 9/25/03 | 10 mos. |
| Social Emotional | | 1 | 1 | hr. | 1x w | Psychologist/Social Wkr. | 9/25/03 | 10 mos. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | 8 | 8 | 16 | Hours Per Week | | | | |

## V. Disability(ies)

**ED**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☒ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

P.B

Print and sign your name below:

*Phillip M Brown*   *Phillip M Brown*
*Cynthia Blackwell*   *Cynthia Blackwell*
*Sonja Richardson*   *Sonja Richardson*
*Samantha Shands-Toppin*   *Samantha Shands-Toppin*
*Phillip Liverpool*   *Phillip Liverpool*
*Richard Rogers*   *Richard Rogers*

☑ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature *Phillip M Brown*   Date **9-24-03**

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

I.PL-27

| Student Name | Phillip Liverpool | Managing School | BJPCS | DCPS - IEP Page 2 of 4 |
| Student ID Number | 9002559  DOB 11/28/91 | Attending School | BJPCS | |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

### Academic Areas: (Evaluator)

**Math Strengths:**
Able to add and subtract with regrouping.

**Impact of disability on educational performance in general education curriculum:**
Disability impacts on Phillips ability to complete grade level math tasks.

**Reading Strengths:**
Able to read 80% of second grade Dolch words.

**Impact of disability on educational performance in general education curriculum:**
Disability impacts on Phillips ability to complete 3rd grade reading tasks.

**Score(s) When Available**
Math Cal. GE 3.6
Math Rea. GE 3.5
See goal page:
Date: 6/13/03
Rdg. Com GE 2.4
Rdg. Basic GE 2.9
Written Ex. GE 3.4
See goal page:
Date: 6/13/03

### Communication (Speech & Language) (Evaluator)
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
Exp.Lang. ___ ___
Rec- Lang. ___ ___
Artic ___ ___
Voice ___ ___
Fluency ___ ___
Exp. Voc. ___ ___
Rec. Voc. ___ ___
See goal page: ___
Date: ___

### Motor/Health (Evaluator)
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**
___ ___
___ ___
___ ___
See goal page: ___
Date: ___

### Social Emotional Behavioral Areas: (Evaluator) Gerrie ann A. Cheng, PhD.
**Strengths:**
Phillip's pleasant disposition makes him easier to work with in terms of helping him deal with his present concerns

**Impact of disability on educational performance in general education curriculum:**
Phillips behavior which is consistent with ADHD some evidence of depression impacts on his academic functioning

**Score(s) When Available**
CDI 80
CPRS/ADHD Index 7-67
___ ___
See goal page:
Date:

### Cognitive/Adaptive Behavior: (Evaluator) Linda Burnett, M.Ed./SSP
**Strengths:**
Phillips is visually alert to details in his enviroment.

**Impact of disability on educational performance in general education curriculum:**
Disability impacts upon ability to complete academic tasks.

**Score(s) When Available**
PIQ = 88
VIQ = 78
FSIQ = 79
Date: 6/13/03

### Prevocational Skills: (Evaluator)
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
___ ___
___ ___
See goal page: ___
Date: ___

Student Name  PHILIP NICHOLS
Student ID Number  9065350    Case 5:06-cv-01458-RLE   Document 5-4    Filed 01/11/2007    Page 29 of 50
Managing School  BJPCS
Attending School  BJ
DCPS - IEP
Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: | | Goal Number: 1 |
|---|---|---|---|

Area addressed by goal:  **Academics/Math**

**ANNUAL GOAL: (Including mastery criteria.)**

Phillip will demonstrate one-year's growth in math skills by mastering the short-term objectives with 80% accuracy.

Provider(s): ____ Special Education/General Education Teachers _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Phillip will multiply a 3-digit number by a 1-digit number with 80% accuracy. | | Monthly |
| Phillip will divide a 3-digit number by a 1-digit number with no remainders with 80% accuracy. | | Monthly |
| Phillip will multiply a 2-digit number by 10 with 80% accuracy. | | Monthly |
| Phillip will multiply a 3-digit number by a 2-digit number with 80% accuracy. | | Monthly |
| Phillip will divide a 3-digit number by a 1-digit number, internal remainders with 80% accuracy. | | Monthly |
| Phillip will use the corrct computation to solve word problems with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: | | Goal Number: 2 |
|---|---|---|---|

Area addressed by goal:    Academics/Language Arts

**ANNUAL GOAL: (including mastery criteria.)**

> Phillip will demonstrate one year's growth in written language skills by mastering the short-term objectives with 80% accuracy.

Provider(s): Special Education / General Ed. Teachers

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Phillip will write a paragraph with adequate supported ideas with details, elaborated and extended with 80% accuracy. | | monthly |
| Phillip will use correct grammar and word usage to convey his ideas with 80% accuracy. | | monthly |
| Phillip will develop correct capitalization and punctuation with 80% accuracy. | | monthly |
| Phillip will develop vocabulary to use precise appropriate, and specific word choices that convey meaning with 80% accuracy. | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   (Log)   Chart   (Test)   (Documented Observation)   Report   Other _____

strict of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

I.PL-30

Student ID Number 900135569    11/29/01    Managing School BJHS    Attending School BJ    Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: 3 |
|---|---|---|

Area addressed by goal:  _____ Academics/Reading _____

ANNUAL GOAL: (including mastery criteria.)

Phillip will demonstrate one year's growth in reading skills mastering the short-term objectives with 80% accuracy.

Provider(s): Sp. Ed. Teachers / Gen. Ed. Teachers

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Phillip will read the third grade Dolch words with 80% accuracy. | | monthly |
| Phillip will identify consonant blend, diagraphs, and dipthongs with 80% accuracy. | | monthly |
| Phillip with predict events and outcomes of a story read orally with 80% accuracy. | | monthly |
| Phillip will recognize stated cause and effect of a story with 80% accuracy. | | monthly |
| Phillip will draw conclusions of a story read orally with 80% accuracy. | | monthly |
| Phillip will spell weekly third grade spelling words with 80% accuracy. | | monthly |

EVALUATION PROCEDURE(S)

Portfolio    Log    Chart    Test    Documented Observation    Report    Other

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

I.PL-31

| Student Name | Phillip | Managing School | | DCPS - IEP |
| Student ID Number | 9005559 | DOB 11/28/91 | Attending School  PJPCS | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: |

Area addressed by goal: _Social Emotional_

**ANNUAL GOAL: (including mastery criteria.)**

Phillip will verbalize his feelings and identify factors that trigger his anger or cause him to withdraw 80% of the time.

Provider(s): _Social Worker/ School Psychologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Phillip will verbalize his feelings of frustration, his needs and what he wants to happen to his counselor. | | Monthly |
| 2) Phillip will identify factors that trigger him to lose his temper or make him withdraw to his counselor. | | Monthly |
| 3) Phillip will verbalize his coping mechanism to his counselor. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    Test    (Documented Observation)    (Report)    Other _____

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

I.PL-32

**District of Columbia Public Schools**
**Washington, D.C.**

| I.E.P.   Attachment A |
| Intervention Behavior Plan |

## INTERVENTION BEHAVIOR PLAN

Date Developed:  7/31/03

Student Name  Phillip Liverpool                    ID# 9007559            DOB 11/28/91   Grade 6th

Address  734      Marietta Place                   NW            Washington              DC    20011
                  Street #        Street Name,              Quadrant    Apartment #    City,                      State,      Zip Code

Telephone (H)  (202) 291-4456         (W)                            Counselor  Dr. P. Butler

Attending School  Barbara Jordan PCS          Teacher Ms. Blackwell                Room_____  Section_____

**TARGETED BEHAVIOR(S):**                                      **Additional Comments:** ☐

1) Leaves classroom without permission.
2) Does not complete classroom assignments.
3) Not motivated for learning.

**POSITIVE INTERVENTION STRATEGIES:** Student Objective -

1) Positive verbal praise.
2) Additional free choice time.
3) Extra computer time.

Implementation description -

Student will receive positive oral praise when demonstrating positive behavior.
Student will gain additional computer time.
Student will gain additional free choice time when demonstrating appropriate behavior.

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

1) Structure environment to order or reduce opportunities to leave room.
2) Model socially acceptable behavior for student.
3) Have student maintain a chart representing amount of time spent following school rules, giving reinforcement for acceptable behavior.

**MONITORING SYSTEM:** Responsible Teacher -  Ms. Blackwell

Describe System -

1) Maintaining a behavior chart in the classroom.
2) Maintaining a comment notebook which is to be signed by the teacher and parent.
3) Counseling team will keep journal with respect to weekly sesions.

Data collection timeline -

Every 2 weeks data is to be collected and maintained by Special Education Teacher.

**FOLLOW-UP MEETING:** Date -  10/02/03

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION      IEP ATTACHMENT A    INTERVENTION BEHAVIOR PLAN

I.PL-33

| Student Name | Phillip Liverpool | Managing School | BJPCS | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9007559  DOB 11/28/91 | Attending School | BJPCS | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    No

Explanation for removal out of regular education classroom.

Phillip is unable to be academically successful in the regular education classroom because of the severity of his disability. Phillip requires behavior interventions and a small structured environment that cannot be met in the general education classroom.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SETTING SpEd | Total | FREQUENCY Hr./ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>:    None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting: | Small group, preferential setting |
| Presentation: | reinforcement; behavioral support behavior modification |
| Response: | write in test booklet |
| Equipment: | calculator |

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

✓ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V  Portfolio:

Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV   (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

✓ Reading                Physical/Sensory

✓ Mathematics          ✓ Social Emotional

✓ Written Expression    Physical Development

Other:

None       Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**Modifications:**

Transition                Language Arts/English

Vocational                Social Sciences

Independent Living        Biological & Physical Sciences

Speech/Language           Fine Arts

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Reject - cannot meet students needs | Continued School Failure |
| Combination - Gen. Ed. & Resource Classroom | Accept - will meet student's needs | Ability to participate with non-disabled peers academics |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of behavior intervention plan, individual counseling.

Location for Services    Barbara Jordan PCS

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

I.PL-34

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School **Barbara Jordan PCS** Principal **R. Rogers** Special Education Coordinator **S Shands-Toppin**
Date **9/24/03** Case Manager ___ Technical Support Supervisor ___
Student **Phillip Liverpool** DOB **11/28/91** Age **11** Grade **6th** ID# **9007559** SSN# ___
Parent **Phillip Liverpool, Sr.** Telephone (H) **(202)291-4456** (W) ___
Address: **734 Marietta Place, N.W.** **Washington, DC**

REFERRAL SOURCE: (Check) ☐ 120 Day ☐ Reeval. ☐ HOD ☐ SA ☐ MA
☐ Nonpublic ☐ Residential ☐ Citywide ☐ Courts ☐ Local School ☒ Other: **IEP Review**
Previous least restrictive environment (LRE Setting): **Combination gen. ed. w/resource classroom**

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

**2. ACCOMMODATIONS/ MODIFICATIONS**

Extended time

**3. DATA REQUIREMENTS**

| | | |
|---|---|---|
| Current IEP | Yes ☒ | No ☐ |
| Signatures of required participants (MDT notes) | Yes ☐ | |
| Intervention Behavior Plan | Yes ☐ | |
| Copies of current class work and homework assignments: | Yes ☐ | |
| Medical Reports: | Yes ☐ | No ☐ |
| Clinical Reports: | Yes ☐ | No ☐ |
| Psychiatric Reports: | Yes ☐ | No ☐ |
| Medications: | Yes ☐ | No ☐ |
| Attendance Record | Yes ☐ | |
| Copies of most recent evaluation(s) | Yes ☐ | |

**4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.)**
TAT Mtg   4/9/03
MDT Mtg   4/9/03
Parent & Social Worker Mtg. 4/8/03
Most Recent Eligibility  7/31/03
IEP Mtg  9/24/03

**5. Resources needed for program implementation**
Carrel

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*in providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

If two or three boxes are checked in the Row 1, check LOW.
If two or three boxes are checked in the Row 2, check MODERATE.
If two or three boxes are checked in the Row 3, check HIGH.

If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student.

### 7. LEVEL OF NEED
| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001

Attention: Technical Support Supervisor / PERM Compliance Team

I.PL-35

100 Peabody St. NW 3rd Flo
Washington, DC 20011
(202) 545-0922

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**
**MEETING NOTES**

STUDENT Phillip Liverpool     SCHOOL Barbara Jordan PCS    DATE: 9/24/03

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Phillip M Brown | Phillip M Brown | Father |
| Sonja Richardson | Sonja Richardson | Spec. Ed. Teacher |
| Cynthia Blackwell | Cynthia Blackwell | Teacher |
| Samantha Shards-Topping | Samantha Shards-Toppin | Sp. Ed. Coor. |
| Phillip Liverpool | Philly Liverpool | Student |
| Richard Rogers | Richard Rogers | Principal |

The purpose of the meeting is to review Phillip's current IEP goals and objectives. Team members were introduced. Mr. Liverpool/Brown signed the receipt form verifying that he received the Parent's Procedural Manual. Phillip receives 16 hrs. per wk. of sp. ed. services and related services. The services are in Math, Reading, Written Expression, & Social Emotional. Phillip disability is ED and will receive these services in the general education classroom in combination w/ resource classroom. Testing Level III. The current IEP is appropriate and will be implemented by service providers. Team members and Mr. Brown/Liverpool, Phillip's father, agrees w/ all goals and objectives.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

I.PL-36



# EXHIBIT:
# PL-6

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
## INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last **Liverpool**  First **Phillip**  MI **I**

Student ID **9007559**  Soc. Sec. No. **579-21-**  Age: **11**  Grade **5th**

Gender ☒ M ☐ F  Date of Birth **11/28/91**  Ethnic Group **African-American**

Address **734 Marietta Place N.W.**

**WASHINGTON DC**

☐ Non-attending

Attending School **Whittier**  Home School **Whittier**

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent **Phillip Brown**

Address of (if different from student):  ☒ Parent  ☐ Guardian  ☐ Surrogate

Telephone: Home **(202) 291-0754**  Work **(202) 210-4259**

### II. CURRENT INFORMATION

Date of IEP Meeting: **7-31-03**

Date of Last IEP Meeting:

Date of Most Recent Eligibility Decision: **7-31-03**

Purpose of IEP Conference:
☒ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **11L**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ BEHAVIOR | ☐ TRANSPORTATION |
| ☐ ESY | ☐ TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | None | Native lang |
| Parent | English | English | English | Native lang |
| Home | English | None | None | Native lang |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment

Oral
Rdg./ Written
Instrument:
Date:

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15.0 | 15.0 | | | Special Education Teacher | 9-02-03 | 10 | mos |
| Psychosocial Counseling | | 1.0 | 1.0 | hr | W | Psychologist/Soc. Worker | 9-02-03 | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 16.0 | 16.0 | Hours Per Week | | | | | |

### V. Disability(ies)

**Emotionally Disturbed**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

Percent of time NOT in a Regular Education Setting **49%**

### VI. IEP TEAM (Participants in the development of the IEP)    Print and sign your name below.

*Phillip M Brown*

*Linda A Hema, School Psychologist*

*Phaedra Smith, SES*

*Gerrie ann A Ck, PhD - Psychologist*

*Carnati Walker - Principal*

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature *Phillip M Brown*  Date **7-31-03**

Student Name: Phillip Liverpool
Student ID Number: 9002559    DOB 11/28/91

Managing School: Whittier
Attending School: Whittier

DCPS - IEP
Page 2 of 4

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments:

**Academic Areas: (Evaluator)**

Math Strengths:
Able to add and subtract with regrouping.

Impact of disability on educational performance in general education curriculum:
Disability impacts on Phillip's ability to complete grade level math tasks.

Reading Strengths:
Able to read 80% of second grade Dolch words

Impact of disability on educational performance in general education curriculum:
Disability impacts on Phillip's ability to complete 3rd grade reading tasks

Score(s) When Available:
Math Cal. G.E. = 3.6
Math Rea. G.E. = 3.5
See goal page:
Date: 6/13/03
Rdg. Com G.E. = 2.4
Rdg. Basic G.E = 2.9
Written Ex. G.E = 3.4
See goal page:
Date: 6/13/03

**Communication (Speech & Language) (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
Exp.Lang.
Rec- Lang.
Artic
Voice
Fluency
Exp. Voc.
Rec. Voc.
See goal page:
Date:

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results
When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** Gerrie ann A. Cheng, PhD

Strengths:
Phillip's pleasant disposition makes him easier to work with in terms of helping him deal with his present concerns.

Impact of disability on educational performance in general education curriculum:
Phillip's answered with ADHD & some evidence of depression impact on his academic functioning.

Score(s) When Available
CDI                  80
CPRS / ADHD Index   7-69

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** Linda Burnett, M.Ed, NSSP

Strengths:
Phillip is visually alert to details in his environment.

Impact of disability on educational performance in general education curriculum:
Disability impacts upon ability to complete academic tasks.

Score(s) When Available
PIQ - 88
VIQ = 78
FSIQ - 79
See goal page:
Date: 6/13/03

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | *Phillip Liverpool* | Managing School | *Whittier* | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | *9007559*  DOB *11/28/91* | Attending School | *Whittier* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments: ☐   Goal Number: ☐

Area addressed by goal: *Academics*

**ANNUAL GOAL:** (including mastery criteria.)

*Phillip will demonstrate one year's growth in math skills by mastering the short-term objectives with 80% accuracy.*

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| *Phillip will multiply a three-digit number by a one-digit number with 80% accuracy.* | | monthly |
| *Phillip will divide a three-digit number by a one-digit number, algorithmic form, with no remainders with 80% accuracy.* | | monthly |
| *Phillip will multiply a two-digit number by 10 with 80% accuracy.* | | monthly |
| *Phillip will divide a three-digit number by a one-digit number, algorithmic form, internal remainders with 80% accuracy.* | | monthly |
| *Phillip will multiply a three-digit number by a two-digit number with 80% accuracy.* | | monthly |
| *Phillip will use the correct computation to solve word problems with 80% accuracy* | | monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

I.PL-40

| Student Name | Phillip Liverpool | | Managing School | Whittier | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9007559 | DOB 11/28/91 | Attending School | Whittier | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | | Goal Number: ☐ |
|---|---|---|---|

Area addressed by goal: **Academics**

**ANNUAL GOAL: (including mastery criteria.)**

Phillip will demonstrate one year's growth in reading skills mastering the short-term objectives with 80% accuracy.

Provider(s): **Special Education Teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Phillip will read third grade Dolch words with 80% accuracy. | | monthly |
| Phillip will identify consonant blends, digraphs, dipthongs with 80% accuracy. | | monthly |
| Phillip will predict events and outcomes of a story read orally with 80% accuracy. | | monthly |
| Phillip will recognize stated cause and effect of a story with 80% accuracy. | | monthly |
| Phillip will draw conclusions of a story read orally with 80% accuracy. | | monthly |
| Phillip will spell weekly third grade spelling words with 80% accuracy. | | monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

I.PL-41

| Student Name: Phillip Liverpool | Managing School Whittier | DCPS - IEP |
|---|---|---|
| Student ID Number 9002559   DOB 11/28/91 | Attending School Whittier | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ☐ |
|---|---|---|

Area addressed by goal: _Academics_

**ANNUAL GOAL:** (including mastery criteria.)

Phillip will demonstrate one year's growth in written language skills by mastering the short-term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Phillip will write a paragraph with adequate supported idea(s) with details elaborated and extended with 80% accuracy. | | monthly |
| Phillip will use correct grammar and word usage to convey his ideas with 80% accuracy. | | monthly |
| Phillip will develop correct capitalization and punctuation with 80% accuracy. | | monthly |
| Phillip will develop vocabulary to use precise, appropriate, and specific word choices that convey meaning with 80% accuracy. | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☒ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

I.PL-42

| Student Name | | Managing School | | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments:                  Goal Number: ☐

Area addressed by goal: Social Emotional

**ANNUAL GOAL: (including mastery criteria.)**

Phillip will verbalize his feelings or identify factors that trigger his anger or cause him to withdraw 80 % of the time.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Phillip will verbalize his feelings of frustration, his needs and what he wants to happen to his counselor | | monthly |
| 2. Phillip will identify factors that trigger him to lose his temper or make him withdraw to his counselor | | monthly |
| 3. Phillip will verbalize his coping mechanism to his counselor. | | monthly |
| | | |
| | | |
| | | |

### EVALUATION PROCEDURE(S)

Portfolio    Log    Chart    Test    Documented Observation    Report    Other

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

I.PL-43

| Student Name | Philip Liverpool | Managing School | Whittier | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9001559 | DOB 11/28/91 | Attending School Whittier | Page 4 of 4 |

**Additional Comments:** setting, services & location

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    No

Explanation for removal out of regular education classroom.

Phillip is unable to be academically successful in the regular education classroom because of the severity of his disability. Phillip requires behavior interventions and a small structured environment that cannot be met in the general education classroom.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SETTING SpEd | Total | FREQUENCY Hr./ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting: | Small group, preferential seating |
| Presentation: | reinforcement, behavioral support, behavior modification |
| Response: | Write in test booklet |
| Equipment: | calculator |

## XI. STATE AND DISTRICT ASSESSMENTS:

**Level I**    Tested with non-disabled peers under standard conditions without accommodations.

✓ **Level III**    (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

**Level V** Portfolio:

**Level II**    (Describe accommodations for level II) Tested under standard conditions with special accommodations.

**Level IV**    (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

✓ Reading          Physical/Sensory          Transition

✓ Mathematics      ✓ Social Emotional        Vocational

✓ Written Expression   Physical Development   Independent Living

Other:                                      Speech/Language

None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**Modifications:**

Language Arts/English

Social Sciences

Biological & Physical Sciences

Fine Arts

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Reject - cannot meet students' needs | Continued school failure |
| Combination - General Education & Resource Classroom | Accept - will meet student's needs | Ability to participate with non-disabled peers academics |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of behavior intervention plan, individual counseling

Location for Services    McFarland Jr. High

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

I.PL-44

District of Columbia Public Schools
Washington, D.C.

| I.E.P.   Attachment A |
| Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**

Date Developed: 7/31/03

Student Name _Phillip Liverpool_   ID# _____   DOB 11/28/91   Grade 5th

Address _734 Marietta Pl. N.W_ ___ Wash. /DC ~ 20001

Street #,   Street Name,   Quadrant   Apartment #   City,   .   State,   Zip Code

Telephone (H) (202) 291-0754  (W) (202) 210-4259  Counselor _____

Attending School _Whittier_   Teacher _____   Room _____ Section _____

**TARGETED BEHAVIOR(S):**                    Additional Comments: ☐

1.) Leaves classroom w/o permission
2.) Does not complete classroom assignment
3.) Not motivated for learning

**POSITIVE INTERVENTION STRATEGIES:** Student Objective -

1.) Positive verbal praise
2.) Additional Free Choice Time
3.) Extra Computer Time.

Implementation description -

Student will receive positive oral praise when demonstrating proactive
Student will gain additional computer time .. "behavior ..
Student will gain additional free choice time when demonstrating
appropriate behavior.

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

1.) Structure environment to order or reduce opportunities to leave room .
2.) Model socially acceptable behavior for student
3.) Have student maintain a chart representing amt of
time spent following school rules, giving reinforcement for acceptable behavior

**MONITORING SYSTEM:** Responsible Teacher -
Describe System -

1.) Maintaining a behavior chart in the classroom
2.) Maintaining a registry comment notebook which is to be
signed by the teacher and parent
3.) Counseling team will keep journal w/respect to wkly sessions

Data collection timeline -

Every 2 weeks data to be collected and maintained
by Special Ed. Teacher.

**FOLLOW-UP MEETING:** Date - 10/2/03

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001  DIVISION OF SPECIAL EDUCATION     IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

| | | | |
|---|---|---|---|
| School Whittier | Principal Ms Walker | Special Education Coordinator Ronnie Watkins | |

Date 7/31/03  Case Manager Phaedra Smith  Technical Support Supervisor Elva Gloster

Student Phillip Liverpool  DOB 11/28/91  Age 11  Grade 5th  ID# 900 7559  SSN#

Parent Phillip Brown  Telephone (H) (202) 291-0754  (W) (202) 210-4259

Address: 734 Marietta Place N.W
Street # Street  Quad  Apt. No.  City Wash., DC. 2001l  State  Zip Code

REFERRAL SOURCE: (Check)  X 120 Day  Reeval.  HOD  SA  MA

| Nonpublic | Residential | Citywide | Courts | Local School | Other: |
|---|---|---|---|---|---|

Previous least restrictive environment (LRE Setting): General Education

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Extended time Small group | Current IEP | Yes ✓ | No ✗ |
| | Signatures of required participants (MDT notes) | Yes ✓ | |
| | Intervention Behavior Plan | Yes • | |
| | Copies of current class work and homework assignments: | Yes | |
| | Medical Reports: | Yes ✓ | No |
| | Clinical Reports: | Yes ✓ | No |
| | Psychiatric Reports | Yes | No ✓ |
| | Medications: | Yes | No ✓ |
| | Attendance Record | Yes ✓ | |
| | Copies of most recent evaluation(s) | Yes ✓ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| TAT meeting 4/9/03 MDT - 4/9/03 Parent & Social Wkr Mtg 4/8/03 | Carrel |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | in general education classroom setting | general educators with consultation from special education staff | between 0% and 20% of service time |
| 2 | X combination general education and resource classroom | X combination of general educators, special educators and related service providers | X between 21 % and 60% of service time |
| 3 | *out of general education classroom | special educators and related service providers | between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings).

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

### 7. LEVEL OF NEED

| LOW | X MODERATE | HIGH |
|---|---|---|

07-02-2001    Attention: Technical Support Supervisor / PERM Compliance Team

I.PL-46

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT) IEP
MEETING NOTES

MDT REFERRAL DATE: 4/9/03

STUDENT: Phillip Liverpool          SCHOOL: Whittier Elem      DATE: 7/31/03

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Phaedra Smith | Phaedra Smith | SES |
| Harry Hughes | Harry Hugh | Summer School Teacher |
| Gerrie ann A Cheng, PhD | Gerrie ann A. C., PhD | psychologist |
| Phillip M. Brown | Phillip M Brown | Father |
| Linda A. Flynn | Linda A Flynn | School Psychol./ IEP Develp. |

The MDT determined that Phillip is eligible for Special
Education Services as a student with an Emotional
Disturbance.

- Services needed: Specialized Instruction  15 hrs  weekly
                    Psychosocial Counseling  1 hr  weekly
  Setting: Combination General Education + Resource classroom
  Testing: Level ~~II~~ III

Placement:
DCPS proposed placement at McFarland Jr High School
for the 2003-2004 SY. The team agreed that
placement at the local Jr High School, which is
McFarland, would be more appropriate to meet
Phillip's needs due to his size. Mr. Brown was in
agreement.

I.PL-47



# EXHIBIT:
# PL-7

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

------------------------------------

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

-------------------------------

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

July 7, 2004

Ms. Toppin, Special Education Coordinator
Barbara Jordan Public Charter School
100 Peabody Street NW
Washington DC 20011

RE: Phillip Liverpool

Dear Ms. Toppin;

I am writing response to the letter of invitation I received from you July 7, 2004. In your letter, you proposed 7/12/04, or 7/13/04 to convene a meeting for Phillip. The parent and I are unable to convene on either of the proposed dates. Please consider the following dates and times as an alternative: 8/16/04 anytime, 8/17/04 anytime, or 8/18/04 anytime. Please call me at your earliest convenience in regards to your availability. My phone number is 202-742-2006 and my fax number is 202-742-2098.

Thank You,

Michelle Moody

I.PL-49

July 7, 2004

Ms. Toppin, Special Education Coordinator
Barbara Jordan Public Charter School
100 Peabody Street NW
Washington DC 20011

<u>RE: Phillip Liverpool</u>

Dear Ms. Toppin;

I am writing response to the letter of invitation I received from you July 7, 2004. In your letter, you proposed 7/12/04, or 7/13/04 to convene a meeting for Phillip. The parent and I are unable to convene on either of the proposed dates. Please consider the following dates and times as an alternative: 8/16/04 anytime, 8/17/04 anytime, or 8/18/04 anytime. Please call me at your earliest convenience in regards to your availability. My phone number is 202-742-2006 and my fax number is 202-742-2098.

Thank You,

Michelle Moody

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0522
CONNECTION TEL        9120254509923
SUBADDRESS
CONNECTION ID
ST. TIME             07/07 10:54
USAGE T              00,27
PGS. SENT            1
RESULT               OK
```

I.PL-50