# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina Busso♦◊ |
| Brenda McAllister*◊Δ | Suite 700 | John Straus |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only                                                                                                  ! Admitted in Bolivia Only
♦ Admitted in New York Only                                                                                                 Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:   September 29, 2004

TO:     Jack Schriebman, DCPS Attorney Advisor

PHONE: (202)442-5000

FAX NO:  (202) 442-5098

FROM:   Roberta Gambale, Esq.

SUBJECT;    **Supplemental Disclosure for Phillip Liverpool, DOB: 11/28/91**
            **Hearing Date: 10/1/04 @ 3:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS:  I have just received a copy of the meeting notes from the 9/7/04 meeting that took place at Barbara Jordan Public Charter School. Because they are of relevance to the issues to be addressed at hearing, I am including them as a supplemental disclosure document in this case.

I may be reached at (202)742-2000 (ext. 2021) should you have any questions or concerns.

-Roberta L. Gambale, Esq.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

II.PL-1

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | John Straus |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. Gerald∆ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: September 29, 2004

TO:   DCPS Student Hearing Office

PHONE: (202)442-5432

FAX NO: (202) 442-5556

FROM:   Roberta Gambale, Esq.

SUBJECT;   **Supplemental Disclosure for Phillip Liverpool, DOB: 11/28/91**
              **Hearing Date: 10/1/04 @ 3:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS: I have just received a copy of the meeting notes from the 9/7/04 meeting that took place at Barbara Jordan Public Charter School. Because they are of relevance to the issues to be addressed at hearing, I am including them as a supplemental disclosure document in this case.

I may be reached at (202)742-2000 (ext. 2021) should you have any questions or concerns.

-Roberta L. Gambale, Esq.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

II.PL-2

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | John Straus |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. Gerald∆ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: September 29, 2004

TO: John Hoppe, Attorney for Barbara Jordan Public Charter School

PHONE: (301) 816-0953

FAX NO: (301)816-3260

FROM: Roberta Gambale, Esq.

SUBJECT; **Supplemental Disclosure for Phillip Liverpool, DOB: 11/28/91**

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS: I have just received a copy of the meeting notes from the 9/7/04 meeting that took place at Barbara Jordan Public Charter School. Because they are of relevance to the issues to be addressed at hearing, I am including them as a supplemental disclosure document in this case. Please let me know if you have any objections. I am assuming that you will not object- given the lateness of your own disclosures, and the fact that this document was in the possession of the school.

Please note that the hearing in this matter is scheduled for 3:00 p.m. not 1:00 p.m. as you disclosure letter indicated.

I may be reached at (202)742-2000 (ext. 2021) should you have any questions or concerns.

-Roberta L. Gambale, Esq.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.
  ◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

II.PL-3

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    2958
CONNECTION TEL                            94425556
SUBADDRESS
CONNECTION ID
ST. TIME                    09/30 14:46
USAGE T                     01'07
PGS. SENT                   7
RESULT                      OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | Suite 700 | Christina Busso♦◊ |
| Brenda McAllister*◊∆ | Washington, D.C. 20005 | John Straus |
| Roberta Gambale | Telephone: (202) 742-2000 | Tilman L. Gerald∆ |
| Miguel A. Hull | Facsimile: (202) 742-2098 | Roxanne D. Neloms |
| Christopher L. West♦◊ | | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: September 29, 2004

TO:    DCPS Student Hearing Office

PHONE: (202)442-5432

FAX NO: (202) 442-5556

FROM:   Roberta Gambale, Esq.

SUBJECT:   **Supplemental Disclosure for Phillip Liverpool, DOB: 11/28/91**
           **Hearing Date: 10/1/04 @ 3:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS: I have just received a copy of the meeting notes from the 9/7/04 meeting that took place at Barbara Jordan Public Charter School. Because they are of relevance to the issues to be addressed at hearing, I am including them as a supplemental disclosure document in this case.

II.PL-4