

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000   Fax # 202-442-5098
*www.k12.dc.us*

September 20, 2004

Roberta L. Gambale, Esq.
1220 L Street, NW, Suite 700
Washington, DC 20005

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 202/742-2098**

**Subject: Due Process Hearing for Phillip Liverpool
DOB:  11/28/91**

Dear Ms. Gambale:

At the upcoming due process hearing in the above-referenced matter, scheduled for Friday, October 1, 2004 at 1:00 p.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

**Witnesses**

Raymond Bryant, or his designee(s), Chief of Special Education Reform, DCPS
Pam Dishman-Owens, or her designee(s), Placement Specialist, DCPS
Tara Jackson, or her designee(s), Placement Specialist, DCPS
Dwight Thomas, or her designee(s), Placement Specialist, DCPS
Keisha Blythe, or her designee(s), Placement Specialist, DCPS

**Documents**

DCPS – 01     HOD (09/10/04)

DCPS reserves the right to object to the testimony of any expert witnesses if a curriculum vitae and/or resume is not provided with the student's 5-day disclosure.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student or the Public Charter School as though the witness was called by DCPS.

---

[1] Witnesses may testify by telephone.

*Children First*

**DCPS-1**

DCPS Office of the General Counsel
Page 2

      DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to introduce any and all witnesses and/or documents for the purpose of impeachment and rebuttal.

      If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5178.

                                        Sincerely,

                                        Jack L. Schreibman
                                        Attorney Advisor

cc:      Student Hearing Office
          Jon Hoppe, Esq. 301/816/3260

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*Office of Compliance*
## CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Philip Liverpool ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: November 28, 1991 ) | |
| ) | **HEARING OFFICER'S DECISION** |
| ) | |
| Petitioner (Student), ) | Hearing Date: August 30, 2004 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District" and Barbara Jordan | |
| Public Charter School (BJPCS) ) | |
| Attending School: BJPCS ) | |
| Respondent. ) | |
| _____ ) | |

Hearing Participants:
Counsel for Student:           Roberta Gambale, Esq.
                               1220 L Street, NW #700
                               Washington, DC  20005

Counsel for Barbara Jordan PCS   Jon A. Hoppe, Esq.
                                 11821 Parklawn Drive
                                 Rockville, MD  20852

Counsel for DCPS:               Jack Schriebman, Esq.
                                Office of General Counsel
                                825 North Capitol St. NE
                                Washington, DC  20002

**INTRODUCTION:**

A Due Process Hearing was convened on August 30, 2004, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the parent and student filed June 23, 2004.

**JURISDICATION:**

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

1

(In the Matter of PL  DOB 11/28/91  HOD August 30, 2004)

**DUE PROCESS RIGHTS:**

The parent's counsel waived a formal reading of the due process rights.

**SUMMARY OF THE RELEVANT EVIDENCE:**

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

**FINDINGS OF FACT:**

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

**ORDER:**

1. The parent shall obtain and DCPS shall fund and independent occupational therapy (OT) evaluation.
2. DCPS and BJPCS shall, within fifteen (20) calendar days of the receipt of the independent evaluation convene a multi-disciplinary team/individual educational program (MDT/IEP) meeting at BJPCS to review the student's evaluations, review and/or revise the student's IEP as appropriate, discuss and determine placement and discuss and determine compensatory education.
3. The MDT/IEP meeting shall be scheduled through parent's counsel.
4. DCPS and BJPCS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).
5. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
**Coles B. Ruff, Esq.**
**Hearing Officer**
**Date: September 9, 2004**              Issued: 9-9-04

## MATTER OF Phillip Liverpool V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| PL 1-16 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness | Yes |
| | | |
| | * A detailed list of the documents disclosed in contained in the parties' disclosure notices | |

3

## MATTER OF Phillip Liverpool V. DCPS

### RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/23/04 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 7/26/04 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

4

**DCPS-6**

# INDEX OF NAMES

## MATTER OF Phillip Liverpool V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Roberta Gambale, Esq. |
| School System's Representative | Jack Schriebman, Esq. |
| Barbara Jordan Public Charter School | Jon A. Hoppe, Esq. |
| Student's Educational Advocate | Ms. Michele Moody |