**HAFEY & HOPPE, L.L.C.**
**Attorneys and Counselors at Law**
**11821 Parklawn Drive #320**
**Rockville, Maryland 20852**
**301-816-0953 (Ph.)**
**301-816-3260 (Fax)**

September 27, 2004

Roberta Gambale, Esquire
1220 L Street, NW #700
Washington, D.C. 20005

VIA FACSIMILE ONLY
202-742-2098
10 Pages

Re: Phillip Liverpool
    Due Process Hearing; 10/01/04; 1:00 p.m.
    Disclosure Statement

Dear Ms. Gambale:

At the above-referenced due process hearing, pursuant to 34
C.F.R. 300.509(a)(3), in addition to any documents and
witnessews disclosed by the parent and DCPS, Barbara Jordan
Public Charter School ("BJPCS") may rely upon the following
witnesses and documents:

### Witnesses

Richard Rogers, Principal
Alan Williams, Dean of Students
Cynthia Blackwell, Teacher
Ms Shmode-Toppin, Sp.Ed Coordinator

### Documents

Injury/Incident Report - 06/01/04 (w/attachment)
Discharge Report, Children's Nat. Med. Ctr. - 06/01/04
Memorandum - 06/16/04
Injury/Incident Report - 06/16/04
Notice of Concern - 06/16/04
Notice of Expulsion - 09/08/04

BJPCS reserves the right to object to the testimony of any
expert witness if a curriculum vitae and/or resume is not
provided.

**BJ-1**

**HAFEY & HOPPE, L.L.C.**
September 27, 2004
Roberta Gambale, Esquire
Page Two

BJPCS reserves the right to examine any witnesses called or identified by the representative of the student or DCPS as though the witness was called by BJPCS.

BJPCS reserves the right to rely upon and/or use any documents presented and/or disclosed by the representative of the student or DCPS and to call any witnesses and/or introduce any documents for purposes of impeachment or rebuttal.

If you wish to discuss this matter further, please contact me at 301-312 1686.

Very truly yours,

Jon A. Hoppe
Counsel to BJPCS

cc: Student Hearing Office
    Jack L. Schreibman, Esquire

**BJ-2**

# Barbara Jordan Public Charter School

100 Peabody Street, NW, Third Floor
Washington, DC 20011
Phone: (202) 545-0922 Fax: (202) 545-0923
e-mail: barbarajordanpcs@hotmail.com



"Soaring to Excellence"

9:15 AM

# INJURY/INCIDENT REPORT

Name of Student(s) _Phillip Liverpool_        Date _6-1-04_

DOB _11-28-91_ / SS#: _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_

Brief Description of Incident: _Phillip was assigned to write in his journal this morning. His teacher discovered that Phillip wrote a message threatening to kill himself and that he hates his father (See Attached). I immediately retrieved Phillip and had him in my office._

Nature of Injury: _N/A_

Disposition _I contacted the Mental Health Crisis Intervention Unit (561-7000) and spoke with Tiffany and Ms. Faustin. They informed me to contact the parent, but they would send a unit to the school within 35-40 min. They said that a parent had to be present if they were to take him or meet them @ PIW._

Witnessed By: _C. Blackwell (teacher)_      Person Making Referral: _R. Rogers_

Was the parent notified? _Yes (Aunt)_    When? _9:48 AM_
                          * unable to contact father

Was the parent able to be reached? _No_    If not, who was contacted? _Aunt Renee Brown_
                                            Grandmother also called Regina Brown

Was there an answering machine? _____

Comments: _Ms. Faustin and Ms. Anderson (nurse) arrived at 11:25 AM and asked Phillip a series of questions. Phillip indicated that he got in trouble yesterday about missing his curfew. His father began yelling at him._

_Phillip's father came to the school about 11:00 AM. He agreed to go with Phillip to the Emergency Room @ Children's Hospital, however, when it was time to leave Mr. Brown was not able to be located. DCMHD said they would have a unit to transport Phillip. Phillip was still waiting for transport @ 12:15_

BJPCS #1

Kill me
kill me
kill me
kill me
kill me
kill me I Love LilRob
kill me I hATE my fAther
kill me dont wo   16
kill me Phillip Liverpool

June1 2001





**Children's National Medical Center - Emergency Department**
**111 Michigan Avenue NW, Washington, DC 20010 (202) 884-5203**

020009640
020009640
0415302646

**Discharge Instructions for: PHILLIP LIVERPOOL, Date: 06/01/2004  Time: 16:57**

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

**If you have any questions about today's Emergency Department visit, please call us at (202) 884-5203.**

You were treated today by MARK RODDY, MD.

**INSTRUCTIONS FOR FOLLOW UP MEDICAL CARE:**
Call as soon as possible to make an appointment to see your doctor in 3 days. You can reach your doctor by calling their clinic phone number. First Home Care. If they don't call you by Thursday, call them.

**SPECIAL INFORMATION**
Philip was seen by psychiatry today. He denies suicidal ideation and states he has no plan to hurt himself or anyone else. If he becomes a danger to himself or anyone else, bring him back to the ED asap.

**DIAGNOSIS:**
**DIAGNOSIS: Adjustment D/O with Depressed Mood**

**Do the following:**

Portions Copyrighted 1987-2004, LOGICARE Corporation Page 1 of 2



*BJ BCS # #2*

BJ-5



**Children's National Medical Center - Emergency Department**
**111 Michigan Avenue NW Washington, DC 20010 (202) 884-5203** Follow up with First Home Care this week. We recommend family therapy and individual therapy asap and through the summer. We request that Ms. Butler, the school counselor, contact Dawn Young, LICSW at 884-2479 tomorrow to report to us that Philip made it to school and the school is aware of the plan.

**Call your doctor if you have:**
* any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."**

_____
PHILLIP LIVERPOOL or Responsible Person

**PHILLIP LIVERPOOL or Responsible Person has received this information and tells me that all questions have been answered.**

_____
Staff Signature

Portions Copyrighted 1987-2004, LOGICARE Corporation Page 2 of 2



BJ-6

# Barbara Jordan Public Charter School

100 Peabody Street, NW, Third Floor

Washington, DC 20011
Phone: (202) 545-0922 Fax: (202) 545-0923



"Soaring to Excellence"

*E-mail: barbarajordanpcs@hotmail.com*

June 16, 2004

To: Mr. Richard Rogers, Principal

From: Mr. Alan Williams, Interim Dean of Students

Phillip Liverpool and Dominic Peace brought fireworks to school on June 16, 2004. I was summed to Ms Blackwell's room during first period and was notified that there was a smell of smoke coming from Dominic's desk. Ms. Blackwell, 6th grade homeroom teacher, stated to me that the smoke was gone, but you could still smell it. Ms. Blackwell explained to me that when she asked them where the smoke came from, they said that they didn't know. When she threaten to call the Dean of Students, they explained, " we rubbed the paper together and it caused the smoke. When I arrived to the classroom, I could smell something burning and thought it might be a piece of paper on fire. I escorted the two students to the Security area to Officer Averette was and asked him to explain the consequences of causing fires in school. Officer Averette had the two students to empty their pockets and we found a lighter in a form of a racecar from Dominic. Dominic then led us to a stash of firecrackers. Phillip admitted to lighting the paper one time. In the presents of the Dean Of Students, Mr. Williams and the on duty School Security Mr. Perish, Officer Averette searched the students a final time for anymore-harmful materials.

BJPCS P#3

**BJ-7**

Washington, DC 20011
Phone (202) 545-0922 Fax: (202) 545-0923
e-mail: _barbarajordanpcs@hotmail.com_

"Soaring to Excellence"

# INJURY/INCIDENT REPORT

Name of Student(s) Phillip Liverpool (S1)

Dominic Peace (S2)

Date 6/16/2004 (Wed)

Brief Description of Incident Approx 0945hrs two Students (P. Liverpool, D. Peace) were caught igniting fireworks in the classroom (Ms. Blackwell). S1 and S2 had fireworks and a cigarette lighter in their possession. Students were brought to security by Dean of Students (Williams) where a search was conducted by Ofc Averett (me). Both students were questioned about activity, then released to the Dean of Students for further disciplinary actions.

Nature of Injury: N/A

Disposition Students will be suspended and/or expelled from school because of hazardous material and contraband

Witnessed By: Ms. Blackwell    Person Making Referral Gregory Averett

Was the parent notified? yes    When? immediately

Was the parent able to be reached? yes    If not, who was contacted? _____

Comments Security (G. Averett) performed a locker search of both students. No other contraband was found. Ofc Averette found cigarette lighter in D. Peace possession.

BJPCS #4

# Barbara Jordan Public Charter School

100 Peabody Street, NW, Third Floor
Washington, DC 20011
Phone: (202) 545-0922 Fax: (202) 545-0923
E-mail: _barbarajordanpcs@hotmail.com_



"Soaring to Excellence"

# NOTICE OF CONCERN

**Date: June 16, 2004**          **Student Phillip Liverpool**
**Parent's/Guardian's Name: Ms. Brown**     **Telephone Number:**

Dear Parent:

At Barbara Jordan PCS, We seek a firm partnership and commitment from families and promote family involvement in the success of each child. With that in mind there are some areas of concern that need to be discussed.

_____ Profanity/vulgarity

_____ Horseplay

_____ Disrespectful behavior

\_\_\_\_X\_\_\_\_ Other

On June 16, 2004, Phillip Liverpool was involved in an incident that involved lighting a firecracker in class. When questioned, he admitted that he "lit one". Phillip will not be able to return to school pending a manifestation hearing. There will be a manifestation hearing on June 21, 2004.
**_Phillip_ cannot return to school with out a conference is held with the parent. Conferences are held at 8:00am or 3:30 pm daily. You can contact me at (202) 545-0922. Thank you in advance for your cooperation.**

_____          _____
Dean of Students                Date

BJPCS 8#5

**BJ-9**



# Barbara Jordan Public Charter School

100 Peabody Street, NW, Third Floor
Washington, DC 20011
Phone: (202) 545-0922 Fax: (202) 545-0923
*e-mail: barbarajordanpcs@hotmail.com*

"Soaring to Excellence"

September 8, 2004

**Re: Notice of Expulsion**

Dear Mr. Brown:

On June 16, 2004, Phillip attempted to light a firecracker in his desk during class, thus causing smoke to fill the room. This was a very dangerous act that jeopardized the safety of himself, his teacher and the other students.

**According to the BJPCS Code of Conduct in the Parent Handbook:**

*" The following infractions are grounds for immediate expulsion from Barbara Jordan Public Charter School, and students may be referred to the local legal authorities:*

  - *Possession of explosives, hazardous materials, a weapon or firearm"*

As of today, Phillip will be expelled from Barbara Jordan Public Charter School, and may not return. I regret the occurrence of this incident and wish him well in his future endeavors.

Sincerely,

Richard Rogers,
Principal

Cc: J. Heaney,
      Executive Director

BJPCS    #6

**BJ-10**