# ATTENDANCE SHEET

| STUDENT'S NAME: | Phillip Liverpool | |
|---|---|---|
| HEARING DATE: | October 1, 2004 | |
| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
| Roberta Gambale | Student | Attorney |
| Michelle Moody | Student | Advocate |
| Jon A. Hoppe | BJPCS | Attorney |
| Linda M. Smallo | DCPS | Atty. Advisor |
| Richard Rogers | BJPCS | Principal |
| Samantha S. Toppin | BJPCS | Sp. Ed. Coor. |
| Alan Williams | BJPCS | Dean of Students |

_____
Impartial Hearing Officer

A-1