IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP BROWN,** ) <br> parent and next friend of P.L., a minor ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **BARBARA JORDAN P.C.S.** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 06-01458(RJL) |

**PLAINTIFFS' STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE**

1. That on August 30, 2004, counsel for the Plaintiff notified the Defendant that P.L. was being denied admissions into Barbara Jordan Public Charter School. ***See Administrative Record at PL13-14.***

2. That on August 31, 2004, Plaintiffs filed an administrative due process hearing request alleging that DCPS and Barbara Jordan Public Charter School (BJPCS) inappropriately changed P.B.'s placement and failed to follow appropriate procedures upon expelling him. ***See AR at PL See-6.***

3. That on September 8, 2004, BJPCS issued a notice of expulsion for P.L. ***See AR at BJ-10.***

4. That on October 1, 2004 a due process hearing took place and on October 21, 2004, the hearing officer issued a Hearing Officer's Determination ordering BJPCS to conduct a functional behavioral assessment by November 12, 2004; convene an MDT meeting, with DCPS in attendance and also parental participation. ***See Original Complaint Exhibit 2 and HOD 1-8*** .

5. That in the HOD, BJPCS was also ordered to offer one hour of independent tutoring services

        in subjects for which the student receives specialized instruction missed during a specified time period. *Id.*

6. That on November 22, 2004, counsel for the Plaintiff submitted an invoice and letter requesting the Defendant reimburse for reasonable attorney fees. ***See Original Complaint Exhibit 3.***

7. That Defendant did not respond to the request nor did it reimburse for reasonable attorney fees. *Id.*

8. That on August 18, 2006, the Plaintiffs filed an action in District Court seeking reimbursement of attorney fees in the amount of $8,776.28. ***See Original Complaint filed on August 18, 2006***.

9. That the Plaintiffs are the prevailing parties in this matter at the administrative level. ***See HOD 6.***

        Respectfully Submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
***Attorneys for Plaintiffs***