UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PHILLIP BROWN,<br>Parent and Next Friend of P.L,<br>a minor<br>        Plaintiffs,<br><br>v.<br><br>BARBARA JORDAN P.C.S.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 06cv1458 (RJL)<br>)<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 12th day of June 2007, hereby

**ORDERED** that [#6] Plaintiffs' motion for attorney's fees is GRANTED; and it is further

**ORDERED** that the plaintiffs submit their claims for attorney's fees to the Court within thirty (30) days of the date of this order; defendants must submit any opposition to these claims within forty-five (45) days of the date of this order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge