**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PHILLIP BROWN,** | ) | |
| **parent and next friend of P.L., a minor** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. :06-01458** |
| | ) | |
| **BARBARA JORDAN P.C.S.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PRAECIPE**

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of

appearance for Roxanne D. Neloms.

Respectfully submitted,

/s/_____

Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorney for Plaintiffs*