# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP BROWN, )
parent and next friend of P.L., a minor )
Plaintiffs, )
)
v. ) Civil Action No. :06-01458
)
BARBARA JORDAN P.C.S. )
)
Defendant. )

## AFFIDAVIT OF JAMES E. BROWN

I, James E. Brown, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bar of the District of Columbia having been admitted in 1970.

2. That I am the principal in James E. Brown & Associates, PLLC, an average size law firm employing ten (10) lawyers, eight (8) education specialists and support staff to ensure that each of our clients are afforded a free and appropriate public education.

3. That this law firm specializes exclusively in representing children with disabilities and has done so since 1997.

4. That from August 2006 to the present my hourly rate was Three Hundred Fifty Dollars ($350.00) per hour.

5. That with respect to my experience in special education law, I retired from the District of Columbia Public School System in 1997 after twenty (20) years having served as an attorney for the District of Columbia Public Schools and as General Counsel for the District of Columbia Board of Education.

6.  That on about December 2005 Ann Kreske was hired as an attorney with this firm. Her specific job responsibilities included reviewing and organizing files for the sole purpose of appellate litigation. She acquitted that responsibility satisfactory in this office for a year. She left this office on or about June 2006. Attorney Kreske's resume of prior legal experience is attached.

                                                                                        JAMES E. BROWN

DATED: July 12th, 2007

Subscribed and sworn before me this 12th day of July 2007.

_____
Notary Public

              Kelly Dau
              Notary Public, District of Columbia
              My Commission Expires 1-1-2010

# Ann Ling-Chun Kreske

5806 Wainwright Avenue, Rockville, MD 20851
(W) 703-838-4123  (H) 301-881-4625  Email: alkreske@yahoo.com

## EDUCATION

**American University, Washington College of Law**, Washington, D.C.
Juris Doctor, May 2004
*Activities & Awards:*  Volunteer, Volunteer Income Tax Assistance Program, Spring 2002
Tax Clinic, Fall 2003
Recipient, Equal Justice Foundation Summer Fellowship, Summer 2002 & Summer 2003
Staff, *Journal of Gender, Social Policy, and the Law*
- Selected for Publication: *HCA, Inc. v. Miller: Who Gets to Make Medical Decisions for Premature Infants?*

**Johns Hopkins University**, Rockville, MD
Master of Science in Special Education, with a concentration in Mild/Moderate Disabilities, May 1998
*Activities & Awards:*   75% tuition funded by Special Education Teacher Immersion Training Program grant

**Syracuse University**, Syracuse, NY
Bachelor of Arts, May 1995

## PROFESSIONAL EXPERIENCE

**City of Alexandria Circuit Court**, Alexandria, VA
*Law Clerk to the Judges of the Circuit*                                              Sept. 2004 – Dec. 2005
Provide legal research and writing support to the sitting judges of the circuit (Judges Haddock, Kloch, and Kemler) and the various visiting judges designate. Duties include preparation of letter opinions and orders, review and analysis of motions, trial preparation, and interaction with counsel and parties *pro se.*

**Washington College of Law**, Washington, D.C.
*Dean's Fellow*                                                              2002 – 2003; 2003 – 2004
Provided legal research support to the former Associate Dean (Robert Dinerstein) in disability law in areas of education, civil rights, and employment, and client interviews for publication.

**Public Advocates, Inc.**, San Francisco, CA
*Intern*                                                                      July 2003 – Aug. 2003
Provided legal research and writing support on issues of education, employment, and fair housing. Duties included preparation of legal memoranda, assistance in trial strategy sessions and in discovery and depositions, attendance at state board hearings, and outreach work with community groups.

**Washington Lawyers' Committee for Civil Rights and Urban Affairs**, Washington, D.C.
*Intern*                                                                      May 2003 – June 2003
Provided legal research and writing support in issues of federal and state disability law. Duties included legal research and preparation of memoranda on rarely litigated disability law issues, participation in client and team meetings, participation in strategy meetings with co-counsel, and participated in training of surveys for public accommodation.

**National Women's Law Center**, Washington, D.C.
*Law Clerk*                                                                               Spring 2003
Provided legal research support for the Family Economic Security Project. Duties included preparation of memoranda on proposed federal tax reform, research and review of Congressional testimony and legislative history on issues of spousal fiduciary duties.

# Ann Ling-Chun Kreske
5806 Wainwright Avenue, Rockville, MD 20851
(W) 703-838-4123   (H) 301-881-4625   Email: alkreske@yahoo.com

---

**Montgomery County State's Attorney's Office**, Rockville, MD
*Screener*                                                                                           *Fall 2003*
Provided support to District Court prosecutors in preparation for trial. Duties included interview of parties, preparation of subpoenas for witnesses, gathering of evidence, analysis of elements of crime and prosecutorial merits of cases, provision of recommendations on how the state should proceed, and provision of assistance to prosecutors in court.

**U.S. Equal Employment Opportunity Commission**, Washington, D.C.
*Law Clerk*                                                                                          *Summer 2002*
Provided legal research and writing support to the Administrative Judges in the adjudication of employment discrimination cases. Duties included analysis of employment discrimination law; preparation of case opinions, orders, and rulings on motions; and assistance in settlement conferences, prehearing conferences and agency hearings.

**KBM Group, Inc.**, Silver Spring, MD
*Editor*                                                                                         *Feb. 2000 – July 2001*
In conjunction with National Cancer Institute (NCI) authors and scientists, edited NCI's Smoking and Tobacco Control Program monograph series. Duties included scientific research for article authors, consultation with authors, revisions of chapters and monographs, review for accuracy of references, and layout of monographs.

**Richard Montgomery High School**, Rockville, MD
*Special Education Teacher*                                                                         *Aug. 1998 – Dec. 1999*
Provided instruction to students with learning disabilities and emotional disturbance in areas of biology, earth science, and basic physics and chemistry. Duties included development and implementation of goals in Individualized Education Plans (IEP); preparation of lesson plans; consultation with teachers, parents, administrators, and students; case management of 20 students; and participation in departmental and school-wide meetings and goals.

**Pyle Middle School**, Bethesda, MD                                                                *Sept. 1997 – June 1998*
**Wootton High School**, Rockville, MD                                                              *Sept. 1996 – June 1997*
*Special Education Instructional Assistant*
Provided support to special educators in and out of the classroom. Duties included assistance in the implementation of IEP goals and objectives; assistance of students with various disabilities; preparation of lesson plans; provision of on-going assessment of student progress; provision of curricular accommodations; and implementation of behavioral management techniques.

**The Cedars Academy**, Bridgeville, DE
*Faculty Member*                                                                                    *Aug. 1995 – July 1996*
Provided instruction to pre-teen and teenaged students with learning and behavioral disabilities. Duties included preparation of lesson plans, instruction in the Chinese language; and implementation of behavioral management techniques.

## LANGUAGE

Fluent in Taiwanese and conversational in Mandarin

## PROFESSIONAL ASSOCIATIONS

Virginia State Bar – Active member since June 2005
Virginia Bar Association – Member since June 2005
Virginia Women Attorneys Association – Member since June 2005
American Bar Association – Member