# Exhibit 6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PHILLIP BROWN** | : | |
| **Parent and next friend of P.L., a minor** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No. 06-01458(RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **BARBARA JORDAN P.C.S.** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## AFFIDAVIT

Tilman L. Gerald, first being duly sworn under oath deposes and states as follows:

1.      That I am admitted to bar of the District of Columbia having been admitted in 1977 and was admitted to practice before the United States District Court for the District of Columbia on August 6, 1979.

2.      That since 1977 I have engaged in a private practice of law maintaining a general civil practice in the Superior Court of the District of Columbia as well as in the United States District Courts for the District of Columbia and the state of Maryland. I am also admitted to practice before the Court of Appeals for the District of Columbia.

3.      That since 1977, I have litigated civil cases in the aforementioned courts, including jury trials in a variety of civil matters, civil rights cases as well as numerous cases involving the IDEA and its successor, the IDEIA.

4.      That in cases involving the IDEIA where I have been lead counsel, either seeking reimbursement of attorneys' fees or appealing a denial of benefits and services provided under the

1

IDEIA, I have achieved more than just a marginal level of success.

5.      That when I became counsel of record in the captioned matter in August 2006, my regular hourly charge at the time was Four Hundred Twenty-five Dollars ($425.00) per hour.

6.      That the hourly charge of the affiant is reasonable given his experience, length of practice and success in cases such as this.

7.      Further the affiant sayeth not.



Tilman L. Gerald

Dated: July 10, 2007

Subscribed and sworn before me this 10th day of July 2007.

_____
NOTARY PUBLIC

**Kelly Dau**
**Notary Public, District of Columbia**
My Commission Expires 1-1-2010

My commission expires: January 1, 1010.

2