# Exhibit 7

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Phil Liverpool

June 19, 2007

In Reference To:   Phil Liverpool

Invoice #12555

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2004 | RG | Prepared and file due process hearing request to DCPS and discussion with Charter School attorney. | 2.00 280.00/hr | 560.00 |
| | MM | File review and developed monthly case status report; hearing request. | 0.58 175.00/hr | 101.50 |
| 9/2/2004 | RG | Conference with parent. | 0.33 280.00/hr | 92.40 |
| | JEB | Examined and certified hearing request filed by attorney. | 0.58 390.00/hr | 226.20 |
| 9/3/2004 | MM | Discussion with school 2 times. | 0.33 175.00/hr | 57.75 |
| | MM | Discussion with school 3 times. | 0.42 175.00/hr | 73.50 |
| 9/6/2004 | MM | Prepared for IEP meeting and discussion with parent. | 1.33 175.00/hr | 232.75 |
| 9/7/2004 | MM | Discussion with school. | 0.33 175.00/hr | 57.75 |
| | RG | Conference with parent re: manifestation hearing. | 0.33 280.00/hr | 92.40 |
| | YA | Discussion with advocate re: neighborhood school. | 0.25 105.00/hr | 26.25 |

Phil Liverpool                                                                                           Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/7/2004 | MM | Discussion with advocate. | 0.25<br>175.00/hr | 43.75 |
| | MM | Attended MDT/IEP @ Charter School. | 5.00<br>175.00/hr | 875.00 |
| 9/8/2004 | MM | Draft report for attorney based on recent IEP meeting: inappropriate placement/IEP. | 2.00<br>175.00/hr | 350.00 |
| | MM | Conference with parent. | 0.33<br>175.00/hr | 57.75 |
| 9/15/2004 | YA | File review and developed monthly case status report to parent re: Hearing Date Notice. | 0.58<br>105.00/hr | 60.90 |
| | MM | Discussion with Accotink. | 0.42<br>175.00/hr | 73.50 |
| 9/20/2004 | YA | Prepared and sent referral for independent OT evaluation to Interdynamics. | 1.00<br>105.00/hr | 105.00 |
| | YA | Reviewed Hearing Officer's Determination dated 9-9-04. | 0.33<br>105.00/hr | 34.65 |
| | YA | File review and developed  monthly case status report to parent re: Hearing Officer's Determination. | 0.58<br>105.00/hr | 60.90 |
| | YA | Sent copy of referral to parent. | 0.17<br>105.00/hr | 17.85 |
| | RG | Telephone call from DCPS attorney re: hearing request filed and discussion with advocate. | 0.33<br>280.00/hr | 92.40 |
| 9/24/2004 | YA | Assisted attorney to prepare disclosure to DCPS and Jon Hoppe, Esq. | 2.00<br>105.00/hr | 210.00 |
| | RG | Prepared disclosure to DCPS and Jon Hoppe, Esq. | 2.00<br>280.00/hr | 560.00 |
| 9/29/2004 | MM | File review and developed monthly case status report. | 0.58<br>175.00/hr | 101.50 |
| 10/1/2004 | RG | Pre-hearing conference with parent. | 0.50<br>280.00/hr | 140.00 |
| | MM | Prepared for Due Process Hearing. | 1.50<br>175.00/hr | 262.50 |
| | RG | Appearance to 825 North Capital for due process hearing. | 3.00<br>280.00/hr | 840.00 |

Phil Liverpool

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2004 | MM | Appearance to 825 North Capital for due process hearing. | 3.00<br>175.00/hr | 525.00 |
| | RG | Prepared for Due Process Hearing. | 1.50<br>280.00/hr | 420.00 |
| 10/4/2004 | YA | Discussion with Interdynamics staff re: evaluation scheduled. | 0.33<br>105.00/hr | 34.65 |
| 10/5/2004 | MM | Prepared and sent placement packages to Accotink | 1.00<br>175.00/hr | 175.00 |
| | MM | Prepared and sent placement packages to center for life enrichment. | 1.00<br>175.00/hr | 175.00 |
| 10/15/2004 | MM | Discussion with school. | 0.33<br>175.00/hr | 57.75 |
| 10/22/2004 | RG | Reviewed HOD and drafted status letter for parent. | 0.33<br>280.00/hr | 92.40 |
| 10/25/2004 | YA | Discussion with the child's attorney. | 0.42<br>105.00/hr | 44.10 |
| | YA | Prepared and sent referral for independent tutoring services. | 1.00<br>105.00/hr | 105.00 |
| | RG | Discussion with paralegal re: HOD- tutoring and letter to parent. | 0.42<br>280.00/hr | 117.60 |
| | YA | File review and developed monthly case status report to parent re: Hearing Officer's Determination. | 0.58<br>105.00/hr | 60.90 |
| | YA | Reviewed Hearing Officer's Determination. | 0.33<br>105.00/hr | 34.65 |
| | RG | Drafted letter to parent re: HOD and tutoring. | 0.50<br>280.00/hr | 140.00 |
| | | For professional services rendered | 37.79 | $7,388.25 |
| | | Additional Charges : | | |
| 8/31/2004 | | Facsimile hearing request. | | 5.00 |
| 9/3/2004 | | Facsimile received from DCPS. | | 1.00 |
| 9/15/2004 | | Copied documents HR and status letter. | | 1.75 |

Phil Liverpool                                                                                     Page     4

| | | Amount |
|---|---|---:|
| 9/15/2004 | Copied documents for advocate HR and status letter. | 1.75 |
| | Copied documents for parent (HDN stat). | 0.50 |
| | Postage: letter to parent (HDN). | 0.37 |
| | copied documents; letter to parent and HOD. | 1.75 |
| 9/20/2004 | Facsimile to Interdynamics (ref). | 14.00 |
| | Facsimile Received from DCPS; disclosures. | 8.00 |
| 9/21/2004 | Postage; letter to parent (HOD). | 0.60 |
| | Postage; letter to parent (referral). | 0.60 |
| 9/24/2004 | Copied documents(DCPS-Disclosure). | 212.00 |
| | Messenger Service to and from DCPS (5-day Disclosures). | 20.00 |
| | Facsimile disclosures to Jon Hoppe, Esq. | 51.00 |
| 9/27/2004 | Facsimile Received from Jon Hoppe; disclosures. | 10.00 |
| 9/30/2004 | Facsimile amended disclosures to SHO & OGC &Jon Hoppe. | 27.00 |
| 10/1/2004 | Sedan taxi service to and from DCPS for hearing. | 14.00 |
| 10/22/2004 | Facsimile Received from DCPS; HOD. | 9.00 |
| 10/25/2004 | File review preparation of bill and invoice audit. | 96.88 |
| | Copied documents; letter to parent. | 0.50 |
| | Postage; letter to parent (HOD). | 0.60 |
| | Facsimile; referral. | 11.00 |
| | Copied documents; HOD. | 11.25 |
| | Total additional charges | $498.55 |
| | Total amount of this bill | $7,886.80 |

User Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| James E. Brown, Attorney | 0.58 | 390.00 | $226.20 |
| Michelle Moody, Advocate | 18.40 | 175.00 | $3,220.00 |
| Roberta Gambale, Attorney | 11.24 | 280.00 | $3,147.20 |

Phil Liverpool                                                                                  Page     5

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Yamileth Amaya, Paralegal | 7.57 | 105.00 | $794.85 |

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |

## PARALEGALS/LAW CLERKS/ADVOCATES

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| AJ | Altemese Johnson |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| DM | Daniel Myers |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| MM | Michelle Moody, MA |
| NP | Nadjai Plowden, MA |
| CS | Cheron Sutton-Brock, MA |
| KKC | Kevin Carter, MA |
| MB | Margo Beeken, MA |
| SM | Sharon Millis, M. Ed. |
| MJB | Michael J. Byers, MA |
| JD | Jennifer Dugger, MS Ed. |
| CM | Carolyn Monford, MA |
| GH | Garfield Mark Holman, MA |
| MAB | Marlinda Boxley, MA, JD |
| RB | C. Robin Boucher, Ph.D. |
| TJ | Tomeka Jack, M. Ed. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| DP | David Proctor |