# Exhibit 8

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Phillip Brown
Barbara Jordan PCS

July 12, 2007

Invoice #10009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2006 | AK | Accounting of case to determine whether fees had been paid on the administrative level. | 0.42<br>205.00/hr | 86.10 |
| 2/24/2006 | AK | Provided update to supervising attorneys.  Fees were never received although party prevailed at administrative level. Suggested lawsuit in federal court. | 0.17<br>205.00/hr | 34.85 |
| 2/28/2006 | AK | Discussed plan of action with supervising attorney. Review of file for appropriate and sufficient evidence. | 0.92<br>205.00/hr | 188.60 |
| 3/2/2006 | AK | Began to search for registered agent. | 0.17<br>205.00/hr | 34.85 |
| 7/31/2006 | RN | Preparation of complain for filing in District Court. Edited and revised complaint. Ensured accuracy of registered agent . | 1.75<br>245.00/hr | 428.75 |
| 8/14/2006 | TG | Reviewed draft complaint and made suggestions for revisions. | 0.50<br>425.00/hr | 212.50 |
| 8/15/2006 | KD | Made additional changes to complaint.  Prepared case for filing by making copies made of exhibits, hole-punched, tabbed and bound; requested check for filing fee; and scanned exhibits in pdf for downloading onto CD ROM; prepared civil cover sheet and summons. | 1.75<br>120.00/hr | 210.00 |
| 8/17/2006 | KD | Re-edited Complaint/provided same to attorney for signature. Copies made of Complaint and bound to exhibits for filing with US District Court | 0.50<br>120.00/hr | 60.00 |
|  | TG | Reviewed final draft of complaint | 0.33<br>425.00/hr | 140.25 |

Phillip Brown                                                                                     Page    2

|            |    |                                                                                                                                                         | Hrs/Rate        | Amount    |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 10/23/2006 | RN | Draft of the meet and confer statement. Contacted the attorney over case. Reviewed his answer in the matter.                                             | 0.50 245.00/hr  | 122.50    |
| 11/20/2006 | RN | Discussion with opposing counsel concerning Rule 16.3(b).                                                                                                | 0.25 245.00/hr  | 61.25     |
|            | RN | Draft letter to Mr. Hoppe regarding conversation; included copy of Plaintiff's response to Rule 16.3.                                                    | 0.42 245.00/hr  | 102.90    |
|            | TG | Discussion with RN re: telephone conversation with Counsel for Barbara Jordan PCS                                                                        | 0.17 425.00/hr  | 72.25     |
| 2/12/2007  | RN | Discussion with DH. Discussed the record and missing HOD. Reviewed actual administrative file.                                                           | 1.83 245.00/hr  | 448.35    |
| 2/13/2007  | RN | Research of case law in preparation of motion for summary judgment. Began drafting motion.                                                               | 2.75 245.00/hr  | 673.75    |
| 2/20/2007  | RN | Draft of motion for summary judgment. Issue include prevailing party; no laches; and no concern with reason why the Defendant did not appeal his case.   | 3.75 245.00/hr  | 918.75    |
|            | TG | Indepth discussion with RN: concerning laches and strategy of motion for summary judgment.                                                               | 1.00 425.00/hr  | 425.00    |
| 2/26/2007  | RN | Completed motion for summary judgment. Edited and revised for filing with court. Reviewed by TG DH and made changes per direction.                       | 3.50 245.00/hr  | 857.50    |
| 4/12/2007  | RN | Discussed the memorandum in opposition for motion for summary judgment. Discussed with TG. Must file a motion to strike concerning attorney's failure to comply with Rule 56. | 0.75 245.00/hr  | 183.75    |
| 4/18/2007  | RN | Continued drafting motion to strike.                                                                                                                     | 1.75 245.00/hr  | 428.75    |
| 5/11/2007  | RN | Completed the motion to strike. Filed with the Court.                                                                                                    | 1.00 245.00/hr  | 245.00    |
| 7/10/2007  | RN | Draft of fee application for filing with U.S. District Court. Completion of affidavits for submission to Court. Review and revised memorandum.            | 3.83 245.00/hr  | 938.35    |
| 7/12/2007  | RN | Final review and revision of fee application for filing.                                                                                                 | 1.83 245.00/hr  | 448.35    |
|            |    | For professional services rendered                                                                                                                       | 29.84           | $7,322.35 |

Phillip Brown                                                                                           Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 2/22/2006 | Copied documents (1 set of exhibits for Complaint) | 4.25 |
| 8/17/2006 | Cost of filing complaint. | 350.00 |
|  | Copied documents (3 set of exhibits for Complaint) for District Court | 6.29 |
| 8/21/2006 | Process Server Fee. | 150.00 |
| 7/11/2007 | Affidavits. | 32.00 |
|  | Total additional charges | $542.54 |
|  | Total amount of this bill | $7,864.89 |