Fee Application Under The Individuals With Disabilities
Education Act For Parents Who Prevailed Against A
District Of Columbia Public Charter Schools

### Attorney Information

| | |
|---|---|
| **Law Firm** | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

### i Student Information

Student Phillip Liverpool
Date of Birth 11/28/91

Date of Request for Hearing     8/31/04

    Month / Day / Year

Parent/Guardian     Mr. Phillip Brown
Address     734 Marietta Place, NW

    Washington, DC **20011**
    Barbara Jordan Public Charter School
Current School
Home School

### Payment Information

| | |
|---|---|
| Attorneys' Invoice # | 04-019C |
| Date of Payment Request | 11/22/04 |
| Payment Request No. Date | 1 |
| Services Rendered Current | 8/31/04 to 10/25/04 |
| Payment Request | $8,776.28 |

MAKE PAYMENT TO:   *LA W OFFICE OF JAMES E. BROWN:* **FOR:** $8.776.28

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. BrQWn-, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| C B | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |

## PARALEGALS/LAW CLERKS/ADVOCATES

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| AJ | Altemese Johnson |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| OM | Daniel Myers |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| MM | Michelle Moody, MA |
| NP | Nadjai Plowden, MA |
| CS | Cheron Sutton-Brock, MA |
| KKC | Kevin Carter, MA |
| MB | Margo Beeken, MA |
| SM | Sharon Millis, M. Ed. |
| MJB | Michael J. Byers, MA |
| Jf) | Jennifer Dugger, MS Ed. |
| CM | Carolyn Monford, MA |
| GH | Garfield Mark Holman, MA |
| MA | Marlinda Boxley, MA, JD |
| B | C. Robin Boucher, Ph.D. |
| R | Tamieka A. Skinner, MA |
| B | Carrie Pecover, MA |
| T | Comesha Griffin, MS |
| J | William Daywalt, M. Ed. |
| T | Donte Davis |
| S | David Proctor |
| C | |
| P | |
| C | |
| G | |
| W | |
| O | |
| D | |
| O | |
| O | |
| P | |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005 :--

Invoice submitted to:
Phil **Liverpool**

November 22, 2004

In Reference To: Phil Liverpool

Invoice #14971

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/31/2004 | RG Prepared and file due process hearing request to DCPS and discussion with Charter School attorney | 2.00 350.00/hr | 700.00 |
| | MM File review and developed monthly case status report; hearing request | 0.58 175.00/hr | 101.50 |
| 9/2/2004 | JEB Examined and certified hearing request filed by attorney | 0.58 *400.00/hr* | 232.00 |
| | RG Conference with parent | 0.33 *350.00/hr* | 115.50 |
| 9/3/2004 | MM Discussion with school 2 times | 0.33 *175.00/hr* | 57.75 |
| | MM Discussion with school 3 times | 0.42 *175.00/hr* | 73.50 |
| 9/6/2004 | MM Prepared for **IEP** meeting and discussion with parent | 1.33 **175.00/hr** | 232.75 |
| 9/7/2004 | RG Conference with parent re: manifestation **hearing** | 0.33 350.00/hr | 115.50 |
| | Y A Discussion with advocate re: neighborhood school | 0.25 105.00/hr | 26.25 |
| | MM Attended MDT/IEP @ Charter School | 5.00 **175.00/hr** | 875.00 |

Phil Liverpool                                                                                      Page 2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 9/7/2004 MM | Discussion with school | 0.33 175.00/hr | 57.75 |
| | MM Discussion with advocate | 0.25 175.00/hr | 43.75 |
| 9/8/2004 MM | Conference with parent | 0.33 175.00/hr | 57.75 |
| | MM Draft report for attorney based on recent **IEP** meeting; inappropriate placement/IEP | 2.00 175.00/hr | 350.00 |
| 9/15/2004 | Y A File review and developed monthly case status report to parent re: Hearing Date Notice | 0.58 105.00/hr | 60.90 |
| | MM Discussion with Accotink | 0.42 175.00/hr | 73.50 |
| 9/20/2004 | Y A Sent copy of referral to parent | 0.17 105.00/hr | 17.85 |
| | Y A File review and developed monthly case status report to parent re: Hearing Officer's **Determination** | 0.58 105.00/hr | 60.90 |
| | YA Reviewed Hearing Officer's Determination dated 9/9/04 | 0.33 105.00/hr | 34.65 |
| | RG Telephone call from DCPS attorney re: hearing request filed and discussion with advocate | 0.33 350.00/hr | 115.50 |
| | Y A Prepared and sent referral for independent OT evaluatrion to Interdynamics | 1.00 105.00/hr | 105.00 |
| 9/24/2004 RG | Prepare disclosure to DCPS and Jon Hoppe, Esq. | 2.00 350.00/hr | 700.00 |
| | YA Assisted attorney to prepare disclosure to DCPS and Jon Hoppe, Esq. | 2.00 **105.00/hr** | 210.00 |
| 9/29/2004 MM | File review and developed monthly case status report | 0.58 175.00/hr | 101.50 |
| 10/1/2004 MM | Appearance to 825 North Capital for due process hearing | 3.00 175.00/hr | 525.00 |
| | MM Prepared for Due Process Hearing | 1.50 175.00/hr | 262.50 |
| | RG Pre-hearing conference with parent | 0.50 350.00/hr | 175.00 |

Phil Liverpool                                                                                          Page 3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/2004 RG | Appeara~e-to 825 North Capital for due process hearing | 3.00<br>*350.00/hr* | 1,050,00 |
|  | RG Prepared for Due Process Hearing | 1.50<br>**350.00/h**r | 525.00 |
| 10/4/2004 YA | Discussion with Interdynamics staff re: evaluation scheduled | 0.33<br>*105.00/hr* | 34.65 |
| 10/5/2004 MM | Prepared and sent placement packages to center for life enrichment | 1.00<br>*175.00/hr* | 175.0 |
|  | MM Prepared and sent placement packages to accotink | 1.00<br>*175.00/hr* | 0 |
| 10/15/2004 MM | Discussion with school | 0.33<br>*175.00/hr* | 175.0 |
| 10/22/2004 RG | Reviewed HOD and drafted status letter for parent | 0.33<br>*350.00/hr* | 0 |
| 10/25/2004 YA | Reviewed Hearing Officer's Determination | 0.33<br>105.00/hr | 57.75 |
| YA | File review and developed monthly case status report to parent re: Hearing Officer's Determination | 0.58<br>105.00/hr | 115.5 |
| YA | Prepared and sent referral for independent tutoring services | 1.00<br>*105.00/hr* | 0 |
| RG | Drafted letter to parent re: HOD and tutoring | 0.50<br>*350.00/hr* | 34.65 |
| RG | Discussion with paralegal re: HOD- tutoring and letter to parent | 0.42<br>350.00/hr | 60.90 |
| YA | Discussion with the child's attorney | 0.42<br>*105.00/hr* | 105.0 |
|  | For professional services rendered | 37.79 | **$8,180.85**<br>0 |
|  | Additional Charges: |  |  |
| 8/31/2004 | Facsimile hearing request |  | 175.00<br>5.00 |
| 9/3/2004 | Facsimile Received from DCPS |  | 1470.0 |
| 9/15/2004 | Copied documents H R and status letter. |  | 1.75<br>0 |
|  | Copied documents for advocate HR and status letter. |  | 1.75 |
|  |  |  | 44.10 |

Phil Liverpool                                                                                               Page 4

|  | Amount |
|---|---:|
| 9/15/2004 Copied documents-for parent (HDN stat) | 0.50 |
| Postage; letter to parent (HDN) | 0.37 |
| Copied documents; letter to parent and HOD | 1.75 |
| 9/20/2004 Facsimile to Interdynamics (ref) | 14.00 |
| Facsimile Received from DCPS; disclosures | 8.00 |
| 9/21/2004 Postage; letter to parent (HOD) | 0.60 |
| Postage; letter to parent (referral) | 0.60 |
| 9/24/2004 Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| Facsimile disclosures to Jon Hoppe, Esq. | 51.00 |
| Copied documents(DCPS-Disclosure) | 212.00 |
| 9/27/2004 Facsimile Received from Jon Hoppe; disclosures | 10.00 |
| 9/30/2004 Facsimile amended disclosures to SHO & OGC &Jon Hoppe | 27.00 |
| 10/1/2004 Sedan taxi service to and from DCPS for hearing | 14.00 |
| 10/22/2004 Facsimile Received from DCPS; HOD | 9.00 |
| 10/25/2004 File review preparation of bill and invoice audit | 96.88 |
| Copied documents; letter to parent | 0.50 |
| File review preparation of bill and invoice audit | 96.88 |
| Postage; letter to parent (HOD) | 0.60 |
| Fascimile; referral | 11.00 |
| Copied documents; HOD | 11.25 |
| Total costs | $595.43 |
| Total amount of this bill | $8,776.28 |