UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PHILLIP BROWN, Parent and Next Friend of P.L, a minor ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Case No. 06-1458 (RJL) |
| ) | |
| BARBARA JORDAN P.C.S. ) ) | |
| Defendant. ) ) ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this 28th, day of March, 2008, it is hereby

**ORDERED** that Plaintiffs' Claims for an Award of Reasonable Attorney Fees and Costs (Dkt. # 12) is GRANTED in the amount of $12,907.24.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

